M21621  SALCEDO, TEODOLFO                IGRV Inmate History

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| MEDICAL | 05/07/2013 | MEN | MEN | JAMI | G | GRV. # 16-2-13; GRIEVES BACK TUMOR NEEDS MED ATTENTION; REQUEST TO SEE |
| MEDICAL | 12/27/2011 | MEN | MEN | JAMI | G | RGF;MEDICAL TREATMENT-TUMOR IN LEFT SHOULDER. RGF FOR G/O RESPONSE. |

EXHIBIT 2 - 1

Sandberg and Phoenix 8/19/2013 3:32:57 PM   PAGE   2/004   Fax Server

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF SANGAMON )

### AFFIDAVIT OF CUSTODIAN OF GRIEVANCE RECORDS

My name is **Sarah Johnson** (Custodian of Records), I am of sound mind, capable of making this affidavit, and personally acquainted with the following facts:

I am custodian of the records of the Administrative Review Board, Office of Inmate Issues, Illinois Department of Corrections, hereinafter "the Board". Attached to this affidavit are **6** pages of records from the Board regarding Teodolfo Salcedo-Vazquez, #M21621. These **6** pages of records are kept by the Board in the regular course of business, and it was the regular course of business of the Board for an employee or representative to make a record of or to transmit information thereof to be included in such record; and the record was made at or near the time of the act or event. The records attached hereto are the original or exact duplicates of the original.

Affiant **Sarah Johnson**

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed my official seal this **22nd** day of **August**, 20**13**.

**Margaret E. Baugher**
Notary Public

My Commission Expires: **11-20-2013**

OFFICIAL SEAL
MARGARET E. BAUGHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-20-2013

4477675.1

EXHIBIT 2 - 2



**Illinois
Department of
Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

May 7, 2013

Teldofo Salcedo-Vazquez
Register No. M21621
Menard Correctional Center

Dear Mr. Salcedo-Vazquez:

This is in response to your grievance received on April 19, 2013, regarding Medical (treatment-biopsy-5/17/12), which was alleged to have occurred at Menard Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance Officer's Report (16213) and subsequent recommendation dated March 27, 2013 and approval by the Chief Administrative Officer on April 3, 2013 have been reviewed.

Tumor was removed on 5/17/12. Grievant was taken to the infirmary for 23 hour observation. If grievant has medical concerns, he must put in a request to see the MD.

Based on a review of all available information, it is the opinion of this office that the grievance be resolved as medical treatment has been afforded to the Offender.

FOR THE BOARD: _____
Jackie Miller
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
S.A. Godinez
Director
5/22/13

cc: Warden Harrington, Menard Correctional Center
Teldofo Salcedo-Vazquez, Register No. M21621

EXHIBIT 2 - 3

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

E 505

### Grievance Officer's Report

**Date Received:** February 4, 2013  **Date of Review:** March 27, 2013  **Grievance #** (optional): 16-2-13

**Offender:** Salcedo Vasquez  **ID#:** M21621

**Nature of Grievance:** Medical - Tumor

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender grieves he has a tumor on his back and needs medical attention. States he saw the doctor 2 weeks ago and he did nothing. The pill the doctor put him on hurts his stomach and the tumor is getting bigger and hurts his neck and back. Grievant wants to see the doctor.

Counselor received 5-10-12 and referred to the Health Care Unit noting see attached response from HCU.

Grievant did not return the Health Care Unit reply with his grievance.

Since the Health Care Unit response was not included when this grievance was received by the Grievance Office Medical Records was contacted and confirmed that grievant was seen on 5/15/12 regarding a tumor and an increase in size, was then seen by the med tech and referred to MD. On 5/16/12 was seen by MD who scheduled excision biopsy of the left to be done on 5/17/12. Following excision (on 5-17-12) of 11 cm by 8.5 cm taken to the infirmary for 23 hour observation.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED. Inmate is receiving medical treatment as determined by medical professionals. The tumor was excised on 5-17-12.

Lori Oakley
Print Grievance Officer's Name                 Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

**Date Received:** April 3, 2013   [X] I concur   [ ] I do not concur   [ ] Remand

**Comments:**

Chief Administrative Officer's Signature        4-3-13

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Vasquez   M21621   4/9/13
Offender's Signature   ID#   Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| | |
|---|---|
| Date: May 9-12 | Offender (Please Print): Teodolfo Salcedo Vazquez |
| | ID#: M-21621 |
| Present Facility: Menard | Facility where grievance issue occurred: Menard E505 |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ Disability
- ☐ Staff Conduct
- ☐ Dietary
- ☒ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Other (specify):

☐ Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I have a Tumor on my Left side of my upper Back and I need medical attention. I talk to the Doctor Two weeks ago. And he do nothing, the pill he put Me on is Hurting My Stomach. I need Medical attention tumor is getting Bigger and Bigger please could someone "help me." The tumor is hurten My neck and My Back also. The Doctor is not doing anything about it.

**Relief Requested:** I need to see the Doctor, to get tumor Removed that's what am asking fore please.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Teodolfo Salcedo Vazquez — Offender's Signature
M-21621 — ID#
5/9/12 — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 5/10/12 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, Springfield.

Response: See attached response from HCU.

Payne — Print Counselor's Name
Payne — Counselor's Signature
1/28/13 — Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ Chief Administrative Officer's Signature ___/___/___ Date

Distribution: Master File; Offender       Page 1       EXHIBIT 2 (Rev. 2/2005)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Administrative Review Board
### Return of Grievance or Correspondence

**M21621**

Offender: **Salcedo Teodolfo, Vazquez**

Facility: men

Grievance #: _____  Dated: 12/19/11  Correspondence: _____  Dated: _____

Received: 12/27/11  Regarding: medical (treatment-tumor on left shoulder)

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- [x] Provide a copy of your written Committed Person's Grievance, DOC 0046, including the counselor's response, if applicable.
- [x] Provide a copy of the Committed Person's Grievance Report, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal. If timely
- [ ] Provide dates of disciplinary reports and facility where incidents occurred.
- [ ] Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL  62794-9277

**Misdirected:**
- [ ] Contact your correctional counselor regarding this issue.
- [ ] Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- [ ] Contact the Record Office with your request or to provide the additional information.
- [ ] Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- [ ] Address concerns to: Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL  62706

**No further redress:**
- [ ] Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions, therefore, this issue will not be addressed further.
- [ ] Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further
- [ ] This office previously addressed this issue on ___/___/___  Date
- [ ] No justification provided for additional consideration

**Other** (specify): _____

Completed by: _____ Print Name   *Jackie Miller* Signature   12/27/11 Date

Distribution: Offender, Inmate Issues

DOC 0070 (Rev 8/2010)

**EXHIBIT 2 - 6**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: 12-23-11
Offender (Please Print): Teodolfo Salcedo-Vazquez
ID#: M21621
Present Facility: Menard
Facility where grievance issue occurred: Menard

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____
- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I have been incarcerated in IDOC since 5/11/5 I came from Cook County Jail with a preexisting Medical condition. I have a tumor on my [left] shoulder which has grown to the size of a baseball. It is so painful my left arm is becoming useless do not have the ability to pick it up — Before My neck was very injured, now my self am without proper use of this. I have filed multiple grievances with no answer, in the time continues to grow. I believe my rights to adequate health care are being denied which in turn is causing me cruel and unjust punishment. In this case I feel are symptoms. Not There has been constant pain I have been made to endure

**Relief Requested:** To have tumor removed to have medical case investigated and complained to be transferred to facility that will take my medical needs seriously.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: Teodolfo Salcedo Vazquez
ID#: M21621
Date: 12/23/11

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 7/_/_
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: RECEIVED DEC 27 2011 OFFICE OF INMATE ISSUES

Print Counselor's Name: _____ Counselor's Signature: _____ Date of Response: _____

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature: _____ Date: _____