STATE OF ILLINOIS )
) SS
COUNTY OF Randolph )

## AFFIDAVIT OF CUSTODIAN OF MEDICAL AND MENTAL HEALTH RECORDS

Before me, the undersigned Notary Public, personally appeared Annette Rodgers, who, being by me duly sworn, deposed as follows:

My name is Annette Rodgers (Custodian of Records), I am of sound mind, capable of making this affidavit, and personally acquainted with the following facts:

I am a custodian of the records of Menard Correctional Center, hereinafter "this facility". Attached to this affidavit are 167 pages of records from this facility regarding **Teodolfo Salcedo-Vazquez, #M21621**. These 167 pages of records are kept by this facility in the regular course of business, and it was the regular course of business of this facility for an employee or representative of this facility to make a record of or to transmit information thereof to be included in such record; and the record was made at or near the time of the act or event. The records attached hereto are the original or exact duplicates of the original.

_Annette Rodgers, RHIT/MRD_
Affiant

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed my official seal this 4th day of SEPTEMBER 2013.

```
Official Seal
Cynthia L Gimber
Notary Public State of Illinois
My Commission Expires 09/07/2015
```

_Cynthia L Gimber_
Notary Public

My Commission Expires: 09/07/2015

4494099.1

EXHIBIT 3 - 1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MENARD C Center

Offender Information:
Last Name: Salcedo-Vazquez First Name: Teodolfo MI: ID#: N21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/11 8:20 AM | MD NOTES<br>S: Had punch biopsy of the mass Left Scapular area.<br>O: Puncture wound is dry. Mass remains tender.<br>A: Mass Left Scapular region | Ultram 50mg po BID × 2 months /DOT<br>Discharge today<br>F/u 3 weeks<br>S. NWAOBASI, MD<br>(signature)<br>noted (signature) 11-23-11 830A |
| 11/23/11 830A T 98.0 138/94 R 20 P 80 | RN Note<br>S- Talks č Dr Nwaobasi about pain meds.<br>O- Dressing removed to L↑ back & drainage. TAO oint + bandaid applied. Orders received for D/c<br>A- Mass left Scapula S/P biopsy — Discharge @ 850A | P- Discharge to F/u in 3 wk for results. Ultram DOT for pain control<br>(signature) |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBIT 3 - 2

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes

_____ Center

Offender Information:
Last Name: Salcedo-Vasquez  First Name: Rodolfo  ID#: M21164

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/14/11 0840 | MD Note<br>S- F/u для ® scapula mass Biopsy review<br>Having cold Sx w/ post nsd watch<br>Denies difficulty climbing<br>Top bunk - w/ help<br>O kgs fx/redist wounds<br>n ® scapula region<br>biopsy result: adn. benign<br>A Chronic<br>® scapula mass - lipoma<br>Biopsy: lipoma<br>Interpreter passed on information of results | Zantac 150 mg<br>1 PO BID x 90 day<br>- Knee cuff<br>- low bunk x perm<br>1 year<br>- Tylenol ES 500mg<br>BID prn x 30 day<br>for breakthrough pain<br>- renew 1 mos<br>Shepherd<br>[signature]<br>[signature] CNP<br>12/13/11 8:55 a.m |
| Wt 167 lbs | | |
| T 96.7° | | |
| P 80 | | |
| R 18 | | |
| BP 133/80 | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBIT 3 - 3

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

_____ Menard _____ Center

Offender Information:
Last Name: Salcedo  First Name: Vasquez Teodolgo  ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/14/11 11AM Late entry | R N Cnt<br>S: I have this tumor on my left back.<br>O: on Sick Call for tumor on back. Not seen for Sick Call on MD C for same.<br>A) Sick Call | P) Sick Call PRN<br><br>Thomas |
| 12/14/11 10:20AM | MD Note<br>Utilization (collegial) review recommend conservative management of pain meds, low bunk, front cuffing, ∅ sports ∅ lifting. No surgery at this time. | ∅ sports,<br>∅ lifting.<br>re-assess in 3 mos.<br>represent if needed.<br>H. Armrehler, Staff Asst. |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

_____ Center

**Offender Information:**
Last Name: Salcedo-Vasquez   First Name: Leodolfo   MI: ___   ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/11/12 8:50ᵃ | [stamp] S - Scheduled ... F.U. 12/14  O - On institution...  A - Security did not bring | P) [illegible] |
| 1/13/12 12:15p | MD Note  S - Needs renewal of [illegible] [illegible]. Having pain especially at night  O - Lg solid [illegible] R L S [illegible] arm  A: Lg [illegible] ® [illegible]  Note: Per Utilization (college) [illegible] recommend pain meds + Fu 3 mos [illegible] of [illegible] | P Continue  Ultram [illegible] adding w/ Tylenol #3  Neurontin 300mg BID (DOT) × 3 mos  Ultram 50mg BID (DOT) × 3 mos  Tylenol #3 500mg BID-TID pn × 3 mos for break through pain  Will [illegible] [signature] |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

Menard Center

Offender Information:

Salcedo-Vasquez, Teodolfo        ID#: M-31621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/18/12 750A | ENT note<br>S) Salcedo c H.D. f rev.<br>O&A) See 1/13/12 | P) s/cp. |
| 1/19/12 0930K | M.D. Note<br>Utilization review<br>reviewers photographic picture of lesion w/ relation to site + size. to be reviewed and decision to be made whether surgical consult needed. | Will arrange through IA for pictures on possibly Telemedicine<br>Shep 4<br>1/19/12 |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes
### Menard Correctional Center

Offender Information: Salcedo Vasquez, Teodolfo   ID#: M21621

General C/O (not covered by Treatment Protocol)

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/22/12 9AM | RN/CMT NOTE<br>S) Problem/complaint/symptoms:<br>C/o left hand pain & numbness<br>Duration: 2-6 mos. Level of Severity: mild<br>Location: Left hand  Allergies:<br>Current Medications: Naprosyn<br>Pertinent medical history: Hx lipoma<br>O) T 98  P 66  R 16  BP 100/60  WT 167<br>General assessment specific to illness/injury:<br>C/o left hand and arm numbness. Hx lipoma on left scapula/shoulder region. SP pain is chronic & severe pain on 1-10 9/10 most days. RM ↓ Left<br>A) alt comfort | P) MD/NP referral (if applicable)<br>State reason:<br>$2.00 co-pay assess<br>Complete resident ... report (if applicable)<br>Specify patient reaction: provided<br>Tylenol 325mg x 5 TID<br>Cont meds per MD order<br>[signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Corr. Center

Offender Information: Salcedo-Vasquez, Teodolfo    ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/9/12 8:90A | Pt visit S/O: Seen by Dr. Paul on televised for Large mass of ®. Shoulder blade. MD took measurement and did evaluation to present in collegial A: Evaluation | P: F/u PRN |
| 3/14/12 2:25pm | MD visit After being evaluated by Dr. Paul via Telemed recommend F/U measuring and if its progressing in circum. in my greatest effort is equal to 3 cm each denote. com requires by re-evaluate. Answer per Dr. Baker (M) | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

EXHIBIT 3-8

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**MENARD CORRECTIONAL** Center

Offender Information:

Last Name: Salcedo-Vazquez   First Name: Leodolfo   MI: ___   ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| S. 3/19/ 9AM | **Nurse/CMT TX Protocol: Athlete's Foot (Tinea Pedis** | |
| | - How long have you had this problem, and where is it located? couple wks | P. MD/PA/NP Referral If: |
| | - Is this a recurring problem? not sure | - All diabetics<br>- If a recurring problem without healing given use of treatment protocol |
| | - Does the area itch and/or burn? itch & burning | - Any open sores present<br>- Presence of secondary infection<br>- Temperature greater than 100 |
| | - Any past history of this? 0 | - If patient is allergic to topical antifungal agent |
| | If so, how was it treated, and was it successful? | When No MD referral : |
| | - Are you taking any medications? | 1. Cleanse are with soap and water. |
| | - Are you allergic to any medications? | 2. Tolnaftate 1% cream b.id times 4 weeks, instruct patient on use of antifungal cream, i.e., use sparingly, wash hands after application, etc. |
| O. | T P R B/P Wt. Deferred | Patient Teaching: |
| | - Note location and size of areas involved (check feet, head, groin and hands) Bil feet soles of feet | - Expose feet to air whenever possible |
| | - Check for rash, secondary infection, dry, flaky, macerated patches, fissures, cracking and/or open sores  patchy areas | - Keep feet clean and dry. Dry thoroughly between the toes. |
| | - Unilateral or bilateral erythema  0 | - Wear clean socks (cotton preferred) Change daily |
| | - Area with short, slightly raised border which may contain vesicles  0 | - Medication instruction<br>- If available, wear shower shoes in shower, and canvas shoes in daytime. |
| | - Well defined border ✓ | - Importance of follow-up if symptoms worsen or do not subside within 4 weeks |
| | | Payment voucher  Yes / or  No |
| A. | **Athlete's Foot (Tinea Pedis)** | Moakley CMT/RN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

EXHIBIT 3 - 9

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

_____Men_____ Center

Offender Information:

Last Name: Salcedo-Vazquez  First Name: Rodolfo  MI: ___  ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/9/12 8:45 | NP Note / JR  O: Scheduled for meds expire 4/13  O: Per JR I/m was supposed to f/u c MD in 3 mths per note 12/16 needs to be evaluated for further pain management. TX options prior to renewal | ① Schedule c Dr Shepherd for f/u & management of pain per MD note 12/16/11 — K.Crissal K.Cessca |

DOC 0084 (Eff. 3/2002) (Replaces DC 7147)
Distribution: Offender's Medical Record
Printed on Recycled Paper

EXHIBIT 3 - 10

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Outpatient Progress Notes**

_____ Menard _____ Center

Offender information: Salcedo Vazquez Teodolfo    ID#: M21624

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|

MEDICAL PROGRESS NOTES

MCC

CU NOTE
INMATE NAME: Salcedo-Vazquez, Teodolfo
INMATE IDOC #: M21621  LOCATION: LE 505  DATE: 1-1-912  TIME: 9a/1A
S: w/sic for back pain    P: Flu NISIC PRN
c/t "tumor"
O: seen NISIC @ rec,
right to refuse

A: Seen

(signature)

DC710-1195 (EFF 07-98)
IL426-21868

DOC 0084 (Eff. 9/2)
(Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

_____ Center

Offender Information: Salcedo Vazquez Teodolfo   ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/18/12 0930 160# 72 132/80 97 18 | 170 Nate<br>S - Pt c/o measurements of R shoulder region<br>O. B com x 10 cm/11 cm<br>Still will pain<br>A. Injury R shoulder<br>c same sign | Zantac 150 mg BID x 3 mo<br>Ultram 50 mg BID pm DOT x 3 mo<br>Neurontin 300 mg BID (DOT) x 3 mos<br>Tylenol ES 500 mg ī PO BID-TID prn for breakthrough pain x 3 mos<br>Recheck 1 mos for reassessment<br>Noted [signature] 4/18/12 9:50 AM |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

EXHIBIT 3 - 12

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes
## Menard Correctional Center

**Offender Information:**
Last Name: Vazquez-Schell  First Name: Teodolfo  MI: ___  ID#: M24621

General C/O (not covered by Treatment Protocol)

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/15/12 9:30A | **RN/CMT NOTE** <br> S) Problem/complaint/symptoms: "my b[ack and] neck are in much pain this time — has gotten much bigger." <br> Duration: [illegible]  Location: L. shoulder <br> Level of Severity: [illegible]  Allergies: yes - can't remember <br> Current Medications: Neurontin, Motrin <br><br> Pertinent medical history: 41 yo HM <br> O) T 98  P 74  R 18  BP 132/90  WT 172 <br> General assessment specific to illness/injury: <br> baseball size hard tumor like mass noted to L. shoulder blade. <br> Pain = 10/10 constant <br> hot, burning, stabbing, throbbing <br> radiates down arm <br> A) Alt. in comfort/skin integrity | P) MD/NP referral (if applicable) State reason: refer Dr. <br> [illegible] for consult <br><br> $2.00 co-pay assessed. fee receipt <br> ongoing condition <br><br> Complete resident injury report (if applicable): NO <br> Specify patient teaching provided: medication usage, [illegible] movement of usage to affected [illegible]. <br><br> [signature] |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

Center: MENARD C

Offender Information:
Last Name: SALCEDO-VAZQUEZ  First Name: Teodofo  MI: ___  ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/16/12 9:45 A/P T 97.8 P 92 R 16 B/P 134/78 | MD NOTES<br>S: The mass Left Scapular region remain tense & tender<br>O: Soft tense large mass minimally mobile. Measures 13 by 11 cm 15 diameter<br>A: Possible Large Lipoma Mass of Left Scapular region | for Excision Biopsy under Local anaesthesia<br>5/11/12<br>SN<br>S. NWAOBASI, MD<br>noted Kraemer 5-16-12 approx 10p |
| 5/17/12 9:45 A/M | MD NOTES<br>S: Painful enlarging mass of left Scapular region<br><br>OP NOTES<br>Pre-op: Large painful Lipoma mass Left Scapular region<br>Post-op: Same<br>8pm: Excision Biopsy of Large Lipoma Mass 11cm by 8.5cm Left Scapular region; Primary wound repair with ¼" Penrose drain<br>Surgeon: S.Nwaobasi MD<br>Anaesthesia: Local with 2% Xylocaine<br>Pt tolerated procedure well. | Admit 3rd Floor on 23' obs<br>Tylenol #3 T tab ū tabs x 1 dose St. then Tylenol #3 T po Q 6-8hr prn x 5 days<br>S. NWAOBASI, MD |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2)
(Replaces DC 7147)

EXHIBIT 3 - 14