STATE OF ILLINOIS )
                     ) SS
COUNTY OF RANDOLPH )

# AFFIDAVIT

I, TEODOLFO SALCEDO-VAZQUEZ, NO. M-21621, being first duly sworn upon oath, depose and state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called, would state as follows:

1. I am a citizen of Mexico currently incarcerated at the Menard Correctional Center after being convicted and sentenced by the State of Illinois.

2. I have been at this facility of the I.D.O.C. for approximately ___ years.

3. I do not speak or read any English and this affidavit was written with the aid of another inmate with my knowledge and consent of the contents and meaning herein.

4. Because bi-lingual staff are scarce, I am completely dependant upon bi-lingual inmates to interpret and assist me to communicate all of my needs to staff, if one is available.

5. I have, with the aid of a bi-lingual inmate, written to my counselor for a copy of the Inmate Orientation Manual in Spanish. To this date I have not recieved one.



1

A1

6. I have requested a bi-lingual inmate at the inmate law library to aid me in acquiring a copy of the Manual but was informed that there are no materials available in Spanish.

7. I am completely devoid of any opportunity to gain knowledge and understanding of the inmate grievance process without assistance.

8. I am but one of many Spanish-speaking inmates who are totally dependant upon the selfless generosity of others and of those in possession of some understanding of IDOC Rules which, for the most part, are far and few in between.

9. Through the aid of a bi-lingual inmate, I have learned that there is no information available in Spanish in my living unit to inform me of anything about the grievance process.

10. The inmate who assisted me with the grievance gave me no indication that he lacked knowledge of the process and I would not have known in any event. I do not write grievances because I do not know how.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13th, 2013.

Teodolfo Salcedo Vazquez, M-21621