STATE OF ILLINOIS )
                  ) SS
COUNTY OF RANDOLPH )

# AFFIDAVIT

I, Jose E. Serna-Ramon, No. K-65107, being first duly sworn upon oath, depose and state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called, would state as follows:

1. I am a citizen of Mexico currently incarcerated at the Menard Correctional Center after being convicted and sentenced by the State of Illinois.

2. I have been at this facility of the I.D.O.C. for approximately four years.

3. I do not speak or read any English and this affidavit was written with the aid of another inmate with my knowledge and consent of the contents and meaning herein.

4. Because bi-lingual staff are scarce, I am completely dependant upon bi-lingual inmates to interpret and assist me to communicate all of my needs to staff, if one is available.

5. I have, with aid of a bi-lingual inmate, written to my counselor for a copy of the Inmate Orientation Manual in spanish. To this date I have not recieved one.

1.

B1 

6. I have requested a bi-lingual inmate at the inmate law Library to aid me in acquiring a copy of the Manual but was informed that there are no materials available in spanish.

7. I am completely devoid of any opportunity to gain knowledge and understanding of the inmate greivance process without assistance.

8. I am but one of many spanish-speaking inmates who are totally dependant upon the selfless generosity of others and of those in possession of some understanding of IDOC. Rules which, for the most part, far and few in between.

9. Through the aid of bi-lingual inmate, I have learned that there is no information available in spanish in my living unit to inform me of anything about the greivance process. I do not write grievances because I do not know how.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12th, 2013

_____
Jose E. Serna-Ramon, K-65107

2.

B2

STATE OF ILLINOIS )
              ) SS
COUNTY OF RANDOLPH )

# AFFIDAVIT

I, Antonio G. Reyes, NO. N-70282, being first duly sworn upon oath depose and state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called, would state as follows:

1. I am an inmate incarcerated at the Menard Correctional Center.

2. I speak, read and write both English and Spanish very well.

3. I have been at this facility for approximately 10 years.

4. I am familiar with most of the Institutional Rules relating to various programs and procedures including the inmate grievance process.

5. I have never seen a copy of the inmate grievance procedure written in any language other than English at this facility.

6. I have personally requested on behalf of non-English speaking inmates for a copy of the inmate orientation manual and IDOC Rules pertaining to the inmate grievance procedures in Spanish. Both the inmate law

1

B3

and cellhouse living unit have denied my request citing unavailability.

7. There are not many bi-lingual inmates capable of assisting non-English speaking inmates with their legal needs.

8. Inmate law clerks including those who are bi-lingual cannot assist inmates in grievance writing or lawsuits. They can only assist inmates in acquiring books, legal forms and photo copying.

9. I personally sought affidavits from bi-lingual inmates stating and affirming the above stated facts in par. 8 and was told No.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12th, 2013

*Antonio G. Reyes, N-70282*

BA

STATE OF ILLINOIS
COUNTY OF RANDOLPH } SS

## AFFIDAVIT

I, Gustavo Torres-Medel No. M22506, being first duly sworn upon oath depose and state that I have personal knowledge of the facts set forth herein that I am competent to testify, an if called, would states as follows:

1) Que soy un prisionero encarcelado en Menard C.C., que lo ocurrido a pasado atraves de mi encarcelamiento.

2) Que como no hablo inglés, yo e tratado de conseguir libros legales en español en la libreria legal de esta institucion sin octener lo pedido. Al igual, tambien é atentado conseguir quejas (grievances) en español sin exito.

3) Que cuando viene la consejera V. Payne, no puedo ~~hablar con ella~~ por que ella no habla español y yo el inglés.

4) Que sin la asistencia de prisioneros que sean bilingües, no tengo recursos legales ni forma de someter quejas sobre esta falta de recursos.

Pursuant to 28 USC §§ 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/15/13

_Gustavo Torres M._
Gustavo Torres-Medel No. M22506

B5

STATE OF ILLINOIS  
COUNTY OF RANDOLPH } SS

## AFFIDAVIT

I, Medina Jecer NO. M91138, BEING FIRST DULY SWORN UPON OATH DEPOSE AND STATE THAT I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH HEREIN, THAT I AM COMPETENT TO TESTIFY, AN IF CALLED, WOULD STATE AS FOLLOW:

1) QUE SOY UN PRISONERO ENCARCELADO EN MENARD C.C., QUE LO OCURRIDO A´ PASADO ATRAVES DE MI ENCARCELAMIENTO.

2) QUE, COMO NO HABLO INGLÉS, YO É´ TRATADO DE CONSEGUIR LIBRO'S LEGALES EN ESPAÑOL EN LA LIBRERIA LEGAL DE ESTA INSTITUCION, SIN OBTENER LO PEDIDO, AL IGUAL, TAMBIEN É ATENTADO CONSEGUIR QUEJA'S (GRIEVANCES) EN ESPAÑOL SIN EXITO.

3) QUE, CUANDO VIENE LA CONSEJERA V. PAYNE, NO PUEDO HABLAR CON ELLA PORQUE ELLA NO HABLE ESPAÑOL NI YO EL INGLÉS.

4) QUE, SIN LA ASISTENCIA DE PRISONERO'S QUE SEAN BILINGÜE, NO TENGO RECURSO'S LEGALE'S NI FORMA DE SOMETER QUEJA'S SOBRE ESTA FALTA DE RECURSO'S.

PURSUANT TO 28 USC § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: 10-13-2013

Jecer Medina  M91138
FIRMA TU NOMBRE Y NUMERO ←

B6

State of Illinois } SS
County of Randolp }

# AFFIDAVIT

I SERGIO TORRES, #K68327 BEING FIRST DULY SWORN UPON OATH DEPOSE AND STATE THAT I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH HEREIN, THAT I AM COMPETENT TO TESTIFY AND IF CALLED, WOULD STATE AS FOLLOWS:

1) I AM A PRISONER CURRENTLY CONFINED AT THE MENARD CORR. CTR. AND THAT THE EVENTS DESCRIBED HEREIN OCURRED ON 7th OCTOBER, 2013 AT PRESENT INSTITUTIONAL LAW LIBRARY;

2) ON BEHALF OF SOME SPANISH-SPEAKING PRISONER'S, I REQUESTED, ON 10/7/13, FROM PRISON LAW LIBRARY STAFF, (LEGAL CLERK'S) COPIES OF THE INMATE ORIENTATION MANUAL, IDOC RULES (TITLE 20 OF THE ILL. ADM. CODES) AND ANY PERTINENT BULLETINS. I WAS INFORMED BY INSTITUTIONAL LEGAL CLERKS THAT NO MATERIALS WERE AVAILABLE IN SPANISH OR OTHER LANGUAGE EXCEPT ENGLISH.

3) I WROTE TO MY ASSIGNED INSTITUTIONAL COUNSELOR V. PAYNE REQUESTING GRIEVANCES IN SPANISH, IDOC RULES AND A COUPLE OF ORIENTATION MANUAL'S ALL IN SPANISH, WHICH, TO DATE, I HAVE NOT RECEIVED ANY OF THE ABOVE REQUESTED MATERIAL'S. (RESPECTIVELY, ON 10/7/13)

4) THAT, PURSUANT TO MENARD'S LAW LIBRARY BEING PART OF THE INSTITUTIONAL EDUCATION DEPARTMENT, I WROTE, ON 10/7/13 TO THE INSTITUTIONAL EDUCATION FACILITY ADMINISTRATOR REQUESTING THE SAME MATERIAL'S IN SPANISH, COMPRISING OF SPANISH GRIEVANCE'S, IDOC RULES, INSTITUTIONAL ORIENTATION MANUAL TO NO AVAIL.

5) THAT, THE AFFIANT, BEING BI-LINGUAL, HAS ASSISTED MR. SALCEDO IN TRANSLATING LEGAL DOCUMENTS RECEIVED FROM THIS HONORABLE COURT, HOWEVER, DUE TO THE AFFIANT BEING SUBJECT TO BE RELOCATED AT ANY TIME, THE AFFIANT CANNOT GUARANTEE MR. SALCEDO FUTURE ASSISTANCE IN THIS MATTER

-1-

B7

OR IN PREPARING ANY GRIEVANCES, AN THE AFFIANT IS REBUKED AN THREATEN WITH DISCIPLINARY ACTION BY CORR. COUNSELOR V. PAYNE WHEN THE AFFIANT ATTEMPTS TO ASSIST MR. SALCEDO DURING CORR. COUNSELOR PAYNE'S EVERY OTHER MONTHLY ROUNDS IN TRANSLATING FOR MR. SALCEDO'S REQUEST'S OR CONCERN'S TO CORR. COUNSELOR PAYNE.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE, UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: 13th OCTOBER, 2013

/s/ Sergio Torres
SERGIO TORRES, #K68327