STATE OF ILLINOIS     )
                      ) SS
COUNTY OF Randolph    )

## AFFIDAVIT OF CUSTODIAN OF MEDICAL AND MENTAL HEALTH RECORDS

Before me, the undersigned Notary Public, personally appeared Annette Rodgers, who, being by me duly sworn, deposed as follows:

My name is Annette Rodgers (Custodian of Records), I am of sound mind, capable of making this affidavit, and personally acquainted with the following facts:

I am a custodian of the records of Menard Correctional Center, hereinafter "this facility". Attached to this affidavit are 167 pages of records from this facility regarding **Teodolfo Salcedo-Vazquez, #M21621**. These 167 pages of records are kept by this facility in the regular course of business, and it was the regular course of business of this facility for an employee or representative of this facility to make a record of or to transmit information thereof to be included in such record; and the record was made at or near the time of the act or event. The records attached hereto are the original or exact duplicates of the original.

_Annette Rodgers, RHIT/MRD_
Affiant

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed my official seal this 4th day of SEPTEMBER 2013.

Official Seal
Cynthia L Gimber
Notary Public State of Illinois
My Commission Expires 09/07/2015

_Cynthia L Gimber_
Notary Public

My Commission Expires: 09/07/2015



4494099.1

SALCEDO-VASQUEZ EXHIBIT A1

# Illinois Department of Corrections
## Offender Outpatient Progress Notes
Stateville NRC Center

**Offender Information:**
Last Name: SALCEDO-VAZQUEZ
First Name: TEODOLFO
ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/7/11 10:30a | LPN Note: S: "My tumor is hurting me too much every day" | P: F/U in AM. Dr needs to script out pain meds for tumor pain |
| VS 140/88 99.02 70 p/x 20 r/p | O: I/M ambulatory; A&O x3. A: VS taken & stable; says he has tumor in brain for years, but since in here the pain is uncontrollable; gave Ty Lower for immediate relief; Dr needs to script out pain meds | Pt. has sebaceous cyst on LUB(?) — (illegible) |

**Center:** MENARD CoR

**Offender Information:**
Last Name: Salcedo-Vasquez  First Name: Teodolfo  ID#: M-21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/1/11 9:30 AM Wt 165 lbs BP 166/88 P 78 R 16 T 97.8 | MD NOTES<br>S: I have a big knot at the back of my left shoulder for > 2 yrs. It has been getting large in size. Very painful to ~~Treat~~<br>O: Mass is tender. Firm/tense Cystic mass; minimally mobile – may be attached to scapula muscle. 12cm by 10cm in diameter. Painful upon motion of left shoulder. No palpably left Supraclavicula lymph nodes.<br>A: Large Cystic Nodular Painful mass Left Scapular region | C Xray, Xray Left Shoulder & Scapular region CBC, Schedule for Ultrasound of Left Scapular region<br><br>Motrin 200mg ii po tid prn for pain<br><br>F/U 10 days 7/11/11<br><br>S. NWAOBASI, MD |

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes
MCC _____ Center

Offender Information:
Salcedo-Vasquez Teodolfo   ID#: m21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | Cont note    MEDICAL PROGRESS NOTES    MCC<br>INMATE NAME: Salcedo-Vasquez, Teodolfo<br>INMATE IDOC#: m21621   LOCATION: E505   DATE: 7/30/11   TIME: 9:00am<br>S: I/m submitted w/ s/c<br>RE: Cyst (L) shoulder<br>O: I/m s/n "I supposed<br>to have had this cyst<br>removed from my shoulder<br>but I was on lockdown<br>& left on court writ this month"<br>A: Large cyst noted to (L) shoulder<br>I/m s/n pain "8" & tender to touch<br>I/m noted to have cancelled<br>passes d/t Lockdown leaving<br>on court. | Refer to MD<br>$copay assessed<br>D/T f/u visit<br>F/u TNSC PRN<br>Ibuprofen 200mg i tab<br>TID PRN #30; sched<br>V/S; wt<br>deferred<br>d/t civil<br>Lockdown<br>C. Burch LPN |
| 8/3/11<br>8a | RN note<br>S: Scheduled MCC f/ ? sickle<br>cell. Needs to be seen f/<br>mass Lt shoulder<br>O: no MD<br>A: not seen | P. Recall<br><br><br><br>G. Mitch RN |

SALCEDO-VASQUEZ EXHIBIT A17

Menard Correctional Center

**Offender Information:**
Last Name: Salcedo-Vazquez   First Name: Teodolfo   ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| ██████ | Cut Note | P: ① Motrin 200mg, |
| 11:30 pm | S: ∅ | T - ii tabs q 4-6° prn |
| | O: Cell house SGT notified this cnslt regarding I/m "lump" on the ® shoulder. ~~Reports writing a grievance and~~ wanted to check if there was anything HCU staff could do for him and his C/O's of pain. I/m speaks poor English but reports pain level "10" on 0-10 scale per jacket. I/m has a follow up appointment scheduled. I/m had ultrasound on mass on 10/06/11 per MD note dated 6/10/11. I/m has had mass x 3-4 years to left shoulder. Also has current order for Neurontin 300mg po BID DOT for nerve pain to WE. (cont.) | #24 issued ② Placed on MD cu for AM of 10/14/11 ——— [signature] |

**Offender information:**
Last Name: Salcedo-Vazquez
First Name: Teodulfo
ID#: U21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/13/11 11:30pm | (cont) Cyst/mass to left shoulder. Chronic condition, but c/o severe pain. Requesting to see MD. — A: Alteration in Comfort — [signature] | |
| | MD NOTES | |
| 12:35p BP 160/110 P T 98°F | S: A large Left Scapular mass with significant tenderness & pain O: Mass Left Scapular region measures 13cm by 11cm. Extremely tender with ↓↓ motion Left upper limb. Ultrasound unable to determine etiology of mass A: Severe painful solid mass Left Scapular region | Recommend excising Biopsy of the Scapular mass to determine nature of mass. Ultram 50mg tid × 10 days f/u 2 weeks [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes
_Menard_ Center

Offender Information: Salcedo-Vazquez, Teodulfo  ID#: M2162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/20/11 0940 | MD Note. Approved by UR for radiology interventional needle biopsy of ⓛ scapular mass | [signatures] |
| 10/2d/11 8 AM | S - Scheduled for MDGL<br>O - On institutional deadlock<br>A - Security did not bring | P. recall [signature] |
| 9:20 AM<br>Wt 163 lb<br>BP 138/80<br>P 70<br>R 16<br>T 97.8° | MD NOTES<br>S: Came for Left Scapular mass<br>O: In the process of being scheduled for Radiological needle biopsy of Left Scapular mass<br>A: Left Scapular mass of Unknown Etiology - Very symptomatic | Arrangements are underway for Needle Biopsy of the mass by Interventional Radiology [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

MENARD C Center

**Offender Information:**
Last Name: Salcedo-Vazquez   First Name: Teodolfo   MI:    ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/11 8:20A/n | MD NOTES<br>S: Had punch biopsy of the mass Left Scapular area.<br>O: Puncture wound is dry. Mass remains tender.<br>A: Mass Left Scapular region | Ultram 50mg. po BID x 2 months / DOT<br>Discharge today<br>F/u 3 weeks<br><br>S. NWAOBASI, MD<br>(noted) [signature] 11-23-11 830A |
| 11/23/11 830A T 98.0 138/94 R 20 P 80 | RN Note<br>S- [redacted] about pain meds.<br>O- Dressing removed to L↑ back & drainage. TAO oint + bandaid applied. Orders received for D/C<br>A- Mass left Scapula S/P biopsy — Discharge @ 850A | P- Discharge to F/u in 3 wk for results Ultram DOT for pain control<br>[signature] |

Distribution: Offender's Medical Record

SALCEDO-VASQUEZ EXHIBIT A32

| Offender Information: | | | |
|---|---|---|---|
| Vargas-Salcedo | Teodolfo | | ID#: A91621 |
| Last Name | First Name | MI | |

General C/O (not covered by Treatment Protocol)

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/15/12 8:30/A | RN/CMT NOTE<br>S) Problem/complaint/symptoms: "pay attention ~~get in much pain this time~~ ~~has gotten much bigger~~"<br>x2 days L. shoulder<br>Duration: R/L Location: Level of Severity: moderate Allergies: yes - can't remember<br>Current Medications: Ibuprofen - motrin -<br>Pertinent medical history: 41 yo HM<br>O) T 98 P 74 R 18 BP 132/90 WT 172<br>General assessment specific to illness/injury:<br>baseball size, hard, tumor like mass noted to L. shoulder blade.<br>~~R/L ~~ ~~hot, burning, stabbing, throbbing~~ ~~radiates down arm~~<br>A) Alt. skin/comfort/skin integrity | P) MD/NP referral (if applicable) State reason: refer Dr.<br>Puisia for consult<br>$2.00 co-pay assessed. fee waived<br>ongoing condition<br>Complete resident injury report (if applicable) NO<br>Specify patient teaching provided: medication usage, restricted movement of L. upper to effected ext.<br>[signature] |

SALCEDO-VASQUEZ EXHIBIT A43

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

MENARD C. Center

Offender Information:
SALCEDO-VAZQUEZ, Teodolfo      M    ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/16/12 9:45 AM T 97.8 P 72 R 16 B/P 138/78 | MD NOTES<br>S: The mass left Scapular region remain tense & tender<br>O: Soft tense large mass, minimally mobile. Measures 13 by 11 cm, 15 diameter<br>A: Possible Large Lipoma Mass of Left Scapular region | for [redacted] under local anesthesia<br>5/16/12 SM<br>noted Bramer 5-16-12 approx 10:00 |
|  | MD NOTES<br>S: Painful enlarging mass of Left Scapular region<br><br>OP NOTES<br>Pre-op: Large painful Lipoma mass Left Scapular region<br>Post-op: Same<br>Opn: Excision Biopsy of Large Lipoma mass 11cm by 8.5cm Left Scapular region; Primary wound repair with 1/4" Penrose drain<br>Surgeon: Sam Nwaobasi MD | Admit 3rd Floor on 23° obs<br>Tylenol #3 T ii tabs × 1 dose, then Tylenol #3 i po Q 6-8hr prn × 5 days |

Distribution: Offender's Medical Record
DOC 0084 (Eff. 9/2)
(Replaces DC 7147)

SALCEDO-VASQUEZ EXHIBIT A44