IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *TEODOLFO SALCEDO-VAZQUEZ,* #M21621, <br><br>Plaintiff, <br><br>v. <br><br>*S. NWAOBASI, E. FUENTES, JOHN/JANE DOE, and WEXFORD HEALTH SOURCES, INC.* <br><br>Defendants. | ) ) ) ) ) ) ) Cause No. 13-cv-00606-JPG-DGW ) ) ) ) ) ) ) ) |

## AFFIDAVIT OF VICKI PAYNE

I, Vickie Payne, under oath hereby state as follows:

1. I am a Correctional Counselor at Menard Correctional Center. I have held this position for ten years.

2. When an inmate has a question or concern at Menard Correctional Center, he can submit a "kite" to his counselor. The term "kite" refers to the piece of paper where the inmate wrote his question or concern.

3. When an inmate submits a grievance to me, I attempt to resolve the issue. However, I do not have the authority to rule on grievances. After I attempt to resolve the issue, I return the grievance to the inmate so he can determine whether he wants to pursue the issue further by submitting the grievance to the Grievance Officer at Menard.

4. If an inmate wants to submit a grievance that he feels is an emergency, he can submit it directly to the Warden (Chief Administrative Officer). If the Warden determines that the grievance is a non-emergency, the Grievance Offier will return the grievance to the inmate so

DEFENDANT'S EXHIBIT 4

he can re-submit it to me.

5. I have had face-to-face contact with Teodolfo Salcedo-Vazquez approximately 11 times at Menard Correctional Center. We speak through Mr. Salcedo-Vazquez's English-speaking cellmate. Mr. Salcedo-Vazquez has never told me that he did not understand the grievance process and he has never asked me how to submit grievances at Menard Correctional Center.

6. Mr. Salcedo-Vazquez has never sent me a "kite" asking me to explain the grievance process.

*Vickie Payne*
—Vickie Payne

SUBSCRIBED and SWORN to before me, a Notary Public, this ___4th___, day of ___February___, 2014.

_____
Notary Public

My Commission Expires:

BRAD BRAMLET
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 04, 2016

4858486.1