# State of Illinois
# Department of Corrections
## CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| SALCEDO-VAZQUEZ, TEODOLFO | M21621 | 1-A-M |
| Counselor/Agent Name* |  |  |
| PAYNE, VICKIE S. |  |  |

| Date/Time | Location | Type | Method | Staff/Title* |
|---|---|---|---|---|
| 7/3/2013 13:04:31 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Said his friend Yovonny Velasquez was turned away again and that he is on his approved visiting list. | | | |
| 6/25/2013 13:09:49 | COUNSELOR'S OFFICE/MEN | Collateral | Other | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Submitted annual reclass. | | | |
| 5/16/2013 15:25:21 | ASSISTANT WARDEN OF OPERATIONS OFFICE/MEN | Collateral | Other | WINGERTER, TERRI B., Office Associate |
| Comments: | Responded to i/m on 4/22/13 regarding visits from his son. Advised i/m that his son must write to the A/W Operations for permission to visit. | | | |
| 5/15/2013 14:38:32 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Says his visitors keep getting turned away. The gatehouse did not have any information on this. I told him he needs to ask his visitors why they were turned away. Says he is having problems with the phones. I told him in order for him to talk to people they must first set up an account with the phone company. I also sent him his pin #292 in case he has it wrong. | | | |
| 3/18/2013 11:08:57 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Requested copy of TF statement, sent. | | | |
| 3/14/2013 13:41:41 | COUNSELOR'S OFFICE/MEN | Collateral | Other | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Submitted visiting list. | | | |
| 1/25/2013 08:34:37 | ADMINISTRATION BUILDING/MEN | Collateral | Other | BIEVENUE, ANITA F., Account Technician I |
| Comments: | sent offender a completed informa pauperis along with a certified TF statement as per his written request. | | | |
| 1/23/2013 15:05:55 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Said he had needed to get some copies made for a court deadline. Contacted Law Library. | | | |
| 1/2/2013 09:24:47 | COUNSELOR'S OFFICE/MEN | Collateral | Other | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Received grievance from inmate about a medical issue. Forwarded grievance onto the HCU. Sent grievance back to inmate with response from HCU attached. | | | |
| 12/10/2012 10:18:51 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | PREA informational flier was handed to offender on this date. | | | |
| 11/9/2012 12:55:54 | EAST CELL HOUSE/MEN | Personal | Face To Face | OWENS, LATOYA T., Correctional Casework Supervisor |
| Comments: | During gallery tour discussed grievance issues with inmate. MP | | | |
| 9/12/2012 13:49:10 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Says he isn't receiving his mail from his family. | | | |
| 8/14/2012 11:34:55 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Gave attorney call from 10:11 to 10:43. Was put on hold for 5 minutes before being connected to the attorney, and then the attorney put me on hold while he tracked down an interrupter. | | | |
| 7/24/2012 13:36:38 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Discussed grievances. Also informed me he is still having pain go down his arm since his surgery. He says he has put in sick call slips, but nobody has answered him. Contacted HCU. | | | |
| 5/29/2012 15:44:53 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Said he had surgery here at Menard on 5/17/12 and is contiueing to have pain go down arm into fingers. Will notify HCU. | | | |
| 5/8/2012 14:14:44 | ASSISTANT WARDEN OF PROGRAMS OFFICE/MEN | Collateral | Other | OAKLEY, LORI F., Corrections Clerk III |
| Comments: | Emergency Grievance E15 determined not an emergency by CAO and returned to inmate. Grievance dated 5-6-12 regarding a tumor on his back he wants removed. Last seen by HCU 4-18-12 with follow up in one month. | | | |
| 4/2/2012 12:57:41 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Complained to me about the lump on his shoulder and that HCU won't do anything about it. I told him there is nothing I can do because I'm not a doctor. | | | |
| 3/13/2012 13:38:34 | ASSISTANT WARDEN OF PROGRAMS OFFICE/MEN | Collateral | Other | COLE, TAMMY R., Office Coordinator |
| Comments: | Responded to inmate kite regarding medical issues. Due to HIPPA, forwarded kite to HCU for response. | | | |



DEFENDANT'S EXHIBIT 5

# CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| SALCEDO-VAZQUEZ, TEODOLFO | M21621 | 1-A-M |

| Counselor/Agent Name * |
|---|
| PAYNE, VICKIE S. |

| Date/Time | Location | Type | Method | Staff/Title * |
|---|---|---|---|---|
| 2/15/2012 15:25:57 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Discussed aggression level, 9 moderate. | | | |
| 1/26/2012 13:48:45 | COUNSELOR'S OFFICE/MEN | Collateral | Phone | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Received call from State's Attorney's Office inquiring if I had found out about his transcripts. I informed her that he said he had not received the transcripts and forwarded the call out to the mailroom. | | | |
| 1/25/2012 13:46:48 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | Received phone call from States Attorney's Office wondering if he had ever received his transcripts they sent, in September, registered mail. His cellie translated for me. He said he had not received any transcripts. | | | |
| 1/10/2012 11:12:47 | ADMINISTRATION BUILDING/MEN | Collateral | Other | SPILLER, LEE A., Account Technician I |
| Comments: | Offender requested Trust Fund Statement ... sent. Offender inquiring as to why he was not allowed to shop on 1/6/11. Commissary was contacted and was informed that the offender was not on the list as eligible to shop. Offender had been in the hospital. | | | |
| 12/14/2011 15:07:49 | EAST CELL HOUSE/MEN | Personal | Face To Face | PAYNE, VICKIE S., Correctional Counselor II |
| Comments: | No requests at time of tour. | | | |
| 12/5/2011 14:27:03 | EAST CELL HOUSE/MEN | Collateral | Other | ROWOLD, ROBIN L., Correctional Officer |
| Comments: | Offender telephone number list request submitted. | | | |
| 12/1/2011 13:07:19 | EAST CELL HOUSE/MEN | Personal | Phone | SUMMERS, REGINA A., Correctional Counselor II |
| Comments: | Received a call from Mazina Awad. She received a letter from inmate that his calls would not go through. In looking at his phone list, it appears her number was listed as 224-629-9629. It should be 9628. Sent a blank phone list form for him to correct the number. | | | |
| 11/22/2011 13:23:57 | ASSISTANT WARDEN OF PROGRAMS OFFICE/MEN | Collateral | Other | GRUBER-HARRINGTON, T, Correctional Officer |
| Comments: | Returned grv CAO deemed not an emergency E-53. | | | |
| 10/17/2011 10:09:10 | EAST CELL HOUSE/MEN | Personal | Face To Face | ROWOLD, ROBIN L., Correctional Officer |
| Comments: | Offender seen in cell during gallery tour. Offender request and sent pin number 292. | | | |
| 10/13/2011 13:11:09 | EAST CELL HOUSE/MEN | Collateral | Other | ROWOLD, ROBIN L., Correctional Officer |
| Comments: | Offender telephone list submitted. | | | |
| 8/30/2011 13:46:56 | EAST CELL HOUSE/MEN | Personal | Face To Face | ROWOLD, ROBIN L., Correctional Officer |
| Comments: | Offender seen during tour and wants to know if i recieved his kites. He was told I'm still working on them. | | | |
| 8/12/2011 14:02:04 | EAST CELL HOUSE/MEN | Collateral | Other | ROWOLD, ROBIN L., Correctional Officer |
| Comments: | Processed offender visiting list. | | | |
| 8/3/2011 10:13:39 | EAST CELL HOUSE/MEN | Collateral | Other | SUMMERS, REGINA A., Correctional Counselor II |
| Comments: | Phone list submitted for processing. | | | |
| 6/28/2011 12:43:19 | ORIENTATION/MEN | Personal | Face To Face | ROWOLD, ROBIN L., Correctional Officer |
| Comments: | Offender participated in Orientation process and was provided with the Orientation Manual. Issued Orientation Manual in Spanish to Offenders with poor English skills. Offenders signed for manuals. Offender Pre-Release Identification Checklist initiated. Provided Telephone Pin # form and Visiting List form and explained procedures. All Offenders were informed of House Bill 569 and explained process for application. Complained of a growth on his back. I spoke to N1 med tech who said he would put him on sick call.rr | | | |

9/4/2013
DOC 1711 (Rev. 10/86) PC Generated

Page 2 of 2  *Assigned Counselor/Agent and Staff's title is current as of the date of this report, not the date of the counseling summary.

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF Randolph    )

## AFFIDAVIT OF CUSTODIAN OF COUNSELING RECORDS

Before me, the undersigned Notary Public, personally appeared **Betsy Spiller**, who, being by me duly sworn, deposed as follows:

My name is **Betsy Spiller** (Custodian of Records), I am of sound mind, capable of making this affidavit, and personally acquainted with the following facts:

I am a custodian of counseling records of Menard Correctional Center, hereinafter "this facility". Attached to this affidavit are __2__ pages of records from this facility regarding **Teodolfo Salcedo-Vazquez, M21621**. These __2__ pages of records are kept by this facility in the regular course of business, and it was the regular course of business of this facility for an employee or representative of this facility to make a record of or to transmit information thereof to be included in such record; and the record was made at or near the time of the act or event. The records attached hereto are the original or exact duplicates of the original.

_____
Affiant

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed my official seal this __10th__ day of __SEPTEMBER__ 2013.

_____
Notary Public

My Commission Expires: __09/07/2015__

```
Official Seal
Cynthia L Gimber
Notary Public State of Illinois
My Commission Expires 09/07/2015
```

4494212.1