IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TEODOLFO SALCEDO-VAZQUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:13-CV-00606-NJR-DGW |
| ) | |
| S NWAOBASI, WEXFORD HEALTH ) | |
| SOURCES, INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

On June 24, 2013, Plaintiff Teodolfo Salcedo-Vazquez filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging medical mistreatment by prison officials of tissue in his left shoulder. The case comes before the Court on a Report and Recommendation entered on April 17, 2014, by Magistrate Judge Donald G. Wilkerson (Doc. 58).

In the Report and Recommendation, Magistrate Judge Wilkerson recommends that the Court deny the Motion for Summary Judgment for Failure to Exhaust Administrative Remedies filed by Defendant Nwaobasi and Wexford Health Sources (Doc. 25). Magistrate Judge Wilkerson held an evidentiary hearing concerning the exhaustion issue on April 8, 2014 (Doc. 56) and concluded that administrative remedies were unavailable to Salcedo-Vazquez.

The parties were informed that their deadline for objecting to the Report and

Recommendation was May 5, 2014—a date that has come and gone. Because no party has filed an objection, the undersigned need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*.") (emphasis added). *See also Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

The undersigned accordingly **ADOPTS** Magistrate Judge Wilkerson's Report & Recommendation (Doc. 58) in its entirety and **DENIES** the Motion for Summary Judgment (Doc. 25). Counts 1-3 shall proceed against Defendants S Nwaobasi and Wexford Health Sources, Inc., in accordance with the Court's Order entered on August 6, 2013 (Doc. 7).

**IT IS SO ORDERED.**

**DATED:   June 9, 2014**

> *s/ Nancy J. Rosenstengel*
> **NANCY J. ROSENSTENGEL**
> **United States District Judge**