# Case: Teodolfo Salcedo-Vazquez v. S. Nwaobasi, et al.

CAUSE NO. 13-cv-00606-NJR-DGW

# Transcript of: Teodolfo Salcedo-Vazquez

**Date:** October 17, 2014

This transcript is printed on 100% recycled paper



GOREPERRY
REPORTING & VIDEO

515 Olive Street, Suite 300
St. Louis, MO 63101
(314) 241-6750
1-800-878-6750
Fax: (314) 241-5070
Email: schedule@goreperry.com
Internet: <<www.goreperry.com>>

---

**Page 1**

TEODOLFO SALCEDO-VAZQUEZ
VS.
S. NWAOBASI, ET AL.
WITNESS: TEODOLFO SALCEDO-VAZQUEZ
TAKEN ON: OCTOBER 17, 2014

---

**Page 2**

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF ILLINOIS
 3
 4   TEODOLFO SALCEDO-VAZQUEZ,
 5       PLAINTIFF,
 6   VS.                    CAUSE NO. 13-cv-00606-NJR-DGW
 7   S. NWAOBASI, E. FUENTES,
 8   JOHN/JANE DOE, AND
 9   WEXFORD HEALTH SOURCES,
10   INC.,
11       DEFENDANTS.
12
13       IT IS STIPULATED AND AGREED by and between
14   counsel for Plaintiff and counsel for Defendants that
15   the deposition of TEODOLFO SALCEDO-VAZQUEZ may be
16   taken pursuant to the Federal Rules of Civil
17   Procedure, by and on behalf of the Defendants, on the
18   17th day of October, 2014, at the Menard Correctional
19   Center, 711 Kaskaskia Street, in the City of Chester,
20   State of Illinois, before Sally Barach, Certified
21   Shorthand Reporter; that the issuance of notice is
22   waived, and that this deposition may be taken with the
23   same force and effect as if all Federal Rules had been
24   complied with.
25          IT IS FURTHER STIPULATED AND AGREED that any
```

---

**Page 3**

```
1   and all objections to all or any part of this
2   deposition are hereby reserved and may be raised on
3   the trial of this cause, and that the signature of the
4   deponent is not waived.
```

---

**Page 4**

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE PLAINTIFF:
 4       Aubree Jehle, Esq.
 5       Attorney at Law
 6       1221 Locust Street
 7       4th Floor
 8       St. Louis, MO 63103
 9       (314)436-1888
10
11   FOR THE DEFENDANTS:
12       Leslie Warren, Esq.
13       Sandberg, Phoenix & von Gontard, P.C.
14       600 Washington Avenue
15       15th Floor
16       St. Louis, MO 63101-1313
17       (314)231-3332
18       lwarren@sandbergphoenix.com
19
20   INTERPRETER:
21       Mark Nettesheim
22       Language Access Metro Project
23       8050 Watson Road, G#101
24       St. Louis, MO 63119
25       (314)364-5404
```

## Page 5

1                INDEX
2
3                          PAGE
4  Examination by Ms. Warren         6
5
6            EXHIBITS
7
8  No exhibits marked

## Page 6

1            MARK NETTESHEIM,
2  was thereupon sworn to interpret the questions put to
3  the witness from English into Spanish, and the answers
4  of the witness from Spanish into English.
5
6            TEODOLFO SALCEDO-VAZQUEZ,
7  called as a witness herein, having been first duly
8  sworn through an interpreter, was examined and
9  testified through an interpreter as follows:
10
11           EXAMINATION
12 QUESTIONS BY MS. WARREN:
13    Q: Could you state your name, please?
14    A: My name is Teodolfo-Salcedo Vazquez.
15    Q: Could you please tell me your date of birth?
16    A: The first day of August of 1970.
17    Q: Do you understand that we're here today for
18 a lawsuit you filed?
19    A: Yes.
20    Q: Do you understand that it's a lawsuit
21 against Dr. Nwaobasi and Wexford Health Sources?
22    A: Yes.
23    Q: Is your attorney in this room?
24    A: Repeat, please.
25    Q: Do you understand that you have an attorney

## Page 7

1  in this case?
2     A: Yes.
3     Q: And for the record, could you please
4  identify who your attorney is?
5     A: (Indicating).
6     Q: And for the record, you just pointed to
7  Aubree; is that correct?
8     A: Yes.
9     Q: Okay, thank you. Do you understand that I
10 represent Dr. Nwaobasi and Wexford Health Sources?
11    A: Repeat, please.
12    Q: Do you understand that I represent
13 Dr. Nwaobasi and Wexford Health Sources?
14    A: Yes.
15    Q: So Mr. Salcedo-Vazquez, I understand that
16 you used to have a mass on your left shoulder.
17    A: Yes.
18    Q: Do you understand what I mean when I say
19 mass?
20    A: I don't know what a mass is.
21    Q: Okay. I have a copy of your complaint here.
22 Do you recognize this document?
23    A: Yes.
24    Q: In this document you say that you used to
25 have a tumor on your left shoulder.

## Page 8

1     A: Tumor, yes.
2     Q: Did somebody tell you that you had a tumor
3  on your left shoulder?
4     A: That's what they were calling it, a tumor,
5  when I went to go see the doctor on occasion.
6     Q: Do you remember which doctor referred to it
7  as a tumor?
8     A: Everybody who looked at it.
9     Q: Okay. The reason I'm asking you this
10 question is because the word tumor has a specific
11 medical meaning, and I want to make sure that we're
12 talking about the same thing. And when I read your
13 medical records, I see in the records that the lump on
14 your shoulder was sometimes referred to as a mass.
15    A: Excuse me, I'm not a doctor. All I know is
16 it was called a tumor. They're the ones who know what
17 it was.
18    Q: Sure, I understand. I just want to make
19 sure that we're talking about a lump that used to be
20 on your left shoulder.
21    A: Yes.
22    Q: So from here on out I'll refer to it as a
23 tumor, so that we are both on the same page as far as
24 what we're talking about.
25    A: That's fine.

Page 9

1  Q: So you arrived at Stateville in RC in June,
2  2011?
3  A: Yes.
4  Q: Okay, have you ever reviewed your medical
5  records?
6  A: I haven't reviewed them at all. I don't
7  know how to speak English. I don't know how to read
8  English. I don't know at all how to review my medical
9  records.
10 Q: Has anybody ever read your medical records
11 to you, apart from your attorneys?
12 A: No.
13 Q: All I know of your medical treatment is what
14 I'm able to read from your medical records. So my
15 questions to you are going to assume that what is in
16 your medical records is correct. So if I ask you a
17 question about your medical treatment, and my question
18 assumes that you received certain treatment, I need
19 you to tell me if you did not receive that treatment.
20 A: That's fine.
21 Q: Do you recall a doctor examining your left
22 shoulder at Stateville in RC?
23 A: The name I don't know, but he's Philippino.
24 Q: So you remember a Philippino physician
25 examining your left shoulder at Stateville?

Page 10

1  A: Examination? What -- an examination is not
2  what it was, he just looked at it.
3  Q: Okay. So the doctor at Stateville looked at
4  your left shoulder?
5  A: Yes.
6  Q: Do you know what a sebaceous cyst is?
7  A: No.
8  Q: Did he tell you that you had a sebaceous
9  cyst?
10 A: No.
11 Q: When you were seeing this Philippino doctor
12 at Stateville, was there someone who could interpret
13 Spanish for you?
14 A: No.
15 Q: The doctor at Stateville wrote in your
16 records that you're allergic to Naprosyn. Are you
17 allergic to Naprosyn?
18 A: Yes, I'm allergic to Naprosyn.
19 Q: Did you tell him that you were allergic to
20 Naprosyn?
21 A: No, because they never asked me that
22 question, and that's -- I'm there, they never asked me
23 if I was allergic to Naprosyn.
24 Q: Do you know how they would have known that
25 you were allergic to Naprosyn?

Page 11

1  A: I imagine because they've looked at the
2  record from county that I came from. I suppose that's
3  what happened. I don't know.
4  Q: Did you receive medical treatment at the
5  county jail before you came to Stateville?
6  A: Yes.
7  Q: Was there someone at that county jail that
8  you could speak to in Spanish?
9  A: Are you referring to an interpreter or to a
10 prisoner?
11 Q: What I'm wondering is if there was someone
12 at the county jail that could give the medical history
13 to the doctors there, whether it's an interpreter or a
14 prisoner?
15 A: On occasions I asked for help from a
16 prisoner, which the doctor didn't accept. He treated
17 us both badly when I was trying to explain to him what
18 it was that I had, what it was that I felt.
19 Q: This was the doctor at the county jail?
20 A: Yes.
21 Q: The doctor at Stateville wrote in your
22 records that you had had the lump on your left
23 shoulder for three to four years. I'm wondering where
24 he got that information.
25 A: He's completely mistaken, because the tumor

Page 12

1  came up in the county. In county I was only there two
2  years, two months.
3  Q: So before -- you did not have the tumor
4  before you went to the county jail?
5  A: No, not at all.
6  Q: The physician at Stateville wrote in your
7  records that the lump was four to five inches long.
8  Does that sound correct to you?
9  A: I'm answering honestly. The doctor never
10 gave me any explanation with regard to the tumor.
11 Q: Do you know how big the tumor was when you
12 arrived at Stateville?
13 A: Exactly how big, I don't know. But it was
14 about this size, because I could see it myself, even
15 though I didn't have anything to measure it with.
16 Q: I just saw you make a gesture like this. Is
17 that approximately how much you thought the tumor was
18 when you were at Stateville?
19 A: It's more or less like that, but I can't
20 give you an exact measurement, because I don't have
21 anything to measure it with.
22 Q: And I understand. I'm not asking to be
23 exact. But to me this looks like the width was about
24 four inches. Does that sound correct to you? I
25 understand it can't be exact.

**Page 13**

1    A: As I'm telling you, he's lying if he gives
2 you an exact measurement. What I know is that it's
3 something like this, even if it's not exactly.
4    Q: And I'm not asking for an exact measurement.
5 I'm asking you if it was approximately four inches
6 long.
7    A: I give you the same answer, I can't lie by
8 giving you an exact measurement. I just know that it
9 was about that big, even though I don't know if it was
10 four inches.
11   Q: Okay. You came to Menard in June, 2011?
12   A: Yes.
13   Q: You saw Dr. Nwaobasi on July 1st, 2011?
14   A: The first doctor that saw me, looked me
15 over, was that one.
16   Q: He looked at the mass on your left shoulder?
17   A: The tumor, yes, he looked at it.
18   Q: He prescribed ibuprofen for you?
19   A: I would be lying to you if I said that he
20 prescribed me ibuprofen or not. Because I only saw
21 him one time, and he gave me another appointment to
22 see him again, but then I went to a court and I never
23 saw him again.
24   Q: So you're not sure whether he wrote an order
25 prescribing ibuprofen for you?

**Page 14**

1    A: When I came back I saw him again, and he
2 prescribed for me what is ibuprofen and Tylenol. But
3 I came back not that first day that she's asking me
4 about.
5    Q: Okay. Was anyone in the health care unit on
6 July 1st, 2011 able to translate Spanish for you?
7    A: No.
8    Q: Were you aware that Dr. Nwaobasi ordered an
9 x-ray of your left shoulder on July 1st, 2011?
10   A: Yes, I think so.
11   Q: Did you know that he also ordered blood
12 tests for you on July 1st, 2011?
13   A: The truth is that I don't know. And what's
14 more, they've never shown me the x-ray. They've never
15 shown me the results of the blood. I've never seen
16 that.
17   Q: Okay. Then you left Menard on a court writ
18 later in July, 2011?
19   A: Yes.
20   Q: And would you agree that there were also
21 times that Menard was on lockdown in July, 2011?
22   A: That when I got here, I wasn't aware of what
23 was going on here. I didn't know if it was lockdown,
24 or if it was open. I didn't know any of that.
25   Q: Then you came back to Menard after a few

**Page 15**

1 weeks; is that correct?
2    A: Yes.
3    Q: And you saw Nurse Practitioner Criss on
4 August 4th, 2011?
5    A: The name I don't know of the person who saw
6 me, but I was asked questions by a nurse.
7    Q: Do you remember seeing Dr. Fuentes on August
8 24th, 2011?
9    A: Yes.
10   Q: And both Nurse Practitioner Criss and
11 Dr. Fuentes examined the tumor on your left shoulder?
12   A: The female doctor you're referring to,
13 Criss, is the one who seen me when I got off the bus.
14 She never looked at the tumor on my shoulder or
15 anything.
16   Q: Did Dr. Fuentes look at the tumor on your
17 shoulder?
18   A: Oh, it's Doterro (phonetic). It's a female
19 doctor, not a male doctor. Both of them, in all the
20 times that they looked at my shoulder, or whichever
21 doctor it was, told me that it wasn't anything that, I
22 didn't have anything wrong, that it was just a lump,
23 is all it was.
24   Q: But did they look at the lump on your
25 shoulder in August, 2011?

**Page 16**

1    A: Look at it is a medical exam in which they
2 help you out. They just looked at it.
3    Q: Okay, do you have any medical training?
4    A: Excuse me?
5    Q: Have you ever worked in the medical field,
6 or taken a class on how to give medical care?
7    A: No, I'm not a physician. I've never
8 studied. I don't have any schooling of any kind of
9 classes.
10   Q: Have you ever worked in a position where you
11 gave other people medical treatment?
12   A: Not at all.
13   Q: Okay. Then you saw Nurse Practitioner Criss
14 on September 28th, 2011?
15   A: I saw her in what way?
16   Q: In the health care unit.
17   A: I wouldn't know her in that way. I don't
18 know her name. Perhaps I would recognize her
19 physically, but not by name.
20   Q: Did a nurse practitioner or doctor see you
21 in the health care unit on September 28th, 2011?
22   A: Yes.
23   Q: And did that doctor or nurse practitioner
24 prescribe Neurontin for you?
25   A: I don't know what that would be.

## Page 17

**Q:** Okay. Did you get a different type of medicine after you saw the doctor in the health care unit on September 28th, 2011?

**A:** Look, the dates I don't remember, and changes in medicine, they've given me several, Tylenol, ibuprofen, whatever. But other things that I don't know the names of, because they don't give me the names of the medicine.

**Q:** One thing I should have told you from the beginning is I understand I'm asking you about specific dates that happened several years ago, and I understand it may be difficult for you to remember what happened on specific dates. What I am trying to find out, though, is what you do remember; is that fair?

**A:** I don't remember. Exactly I don't remember.

**Q:** And if I ask you a question and you don't remember exactly, that's a perfectly fine answer.

**A:** Okay.

**Q:** Do you remember if an x-ray was taken of your left shoulder on October 6th, 2011?

**A:** 2011?

**Q:** Yes.

**A:** No, ma'am, I don't remember that day.

**Q:** Do you remember seeing Dr. Nwaobasi on

## Page 18

October 14th, 2011?

**A:** Look, as I'm telling you, exactly the dates, I don't remember them.

**Q:** Okay. Do you have any reason that you didn't see Dr. Nwaobasi on October 14th, 2011? And I understand if you simply don't remember.

**A:** No, I don't remember if he saw me, because as I'm telling you, I don't remember the dates when they saw me.

**Q:** Okay. Do you remember being taken from Menard, in November, 2011, to have a biopsy on the tumor on your left shoulder?

**A:** I don't remember if it was in November, but I do remember that they took me for that to a hospital outside.

**Q:** And when you returned back to Menard, did you see a physician when you got here?

**A:** No.

**Q:** Did you stay --

**A:** When I got back from the hospital outside, where they saw me for this?

**Q:** Yes.

**A:** When I got inside here at Menard, right?

**Q:** Right, did you see a physician then?

**A:** They put me in the clinic, this one here

## Page 19

room upstairs.

**Q:** Is that the infirmary?

**A:** Yes.

**Q:** So you saw a physician in the infirmary?

**A:** The following day.

**Q:** Was that Dr. Nwaobasi?

**A:** I don't remember if it was.

**Q:** Do you remember staying in the infirmary for about 23 hours?

**A:** More or less, yes.

**Q:** Were you able to speak to anyone in Spanish while you were in the infirmary?

**A:** No.

**Q:** Do you remember seeing a doctor here at Menard about a month after you had the tumor biopsied?

**A:** Before or after?

**Q:** One month after it was biopsied.

**A:** No, I don't remember.

**Q:** Do you remember seeing another physician in January of 2012 for the pain in your left shoulder?

**A:** In 2012?

**Q:** January.

**A:** As I say, the dates I don't remember. But I was plainly seeking medical attention for the pain from the tumor.

## Page 20

**Q:** Do you remember anyone in the health care unit ever taking pictures of the tumor on your left shoulder?

**A:** No.

**Q:** Do you remember seeing another doctor in the health care unit in March, 2012 for the pain in your left shoulder?

**A:** As I say to you, the dates I don't remember. But I was seeing, I was seeing all the doctors who are there in the infirmary, who weren't giving me medical attention. Or should I say weren't giving me adequate medical attention, or adequate medicine for the pain that I was having.

**Q:** Did the doctors in the health care unit look at the tumor on your left shoulder?

**A:** They looked at it, yes.

**Q:** Do you remember seeing Dr. Nwaobasi in May, 2012?

**A:** Yes.

**Q:** Did he see you one day before he removed the tumor on your left shoulder?

**A:** One day before, no. One day before it wasn't. It was three or, two or three days before he removed the tumor, before they cut the tumor out.

**Q:** Do you remember anything about the visit two

Page 21

or three days before Dr. Nwaobasi removed the tumor?
  A: Repeat that, please.
  Q: You saw Dr. Nwaobasi two to three days before he removed your tumor, correct?
  A: Yes, he saw me before.
  Q: Could you tell me everything you remember about that visit two to three days before?
  A: The only thing that I remember is that he looked at the tumor on me. That's all that I remember.
  Q: Tell me everything you remember about the day that he removed the tumor.
  A: First, to begin with, the whole prison was on lockdown. There wasn't one house that was open. He never told me that he was going to do any surgery on me. A guard just arrived and took me from the cell, and took me to the infirmary.
  Q: Then what do you remember?
  A: I remember that I got to the infirmary alone. There wasn't any medical personnel.
  Q: Then what do you remember?
  A: And the doctor called me to a room. There was a little bed here, bed there, and he told me, I'm going to do the surgery on you. And I was anticipating that he was going to bring me to some

Page 22

hospital outside. I was waiting for him to tell me to leave, to go to the outside hospital, but he said, no, lie down here.
  Q: So was somebody in there speaking Spanish to you?
  A: No, but he told me, of course, I understand signs. It's very easy to tell me, lie down here. And right away he gave me an injection here, and he started touching on it there. He is pressing on it, and he asked me if I was feeling it, if I was feeling him touching that, and I said, yes. I was lying there when he was cutting me, and I was feeling it on that side, on this side. There were two people there, and two people here, and the doctor was over here. The two people on that side were holding me down, so as to keep me from moving, and the two people on this side were doing the same, and the doctor over here. And for a time I was telling them to stop, stop, I was in a lot of pain. And my whole body was just sweating, sweating, sweating, just covered in water. For a second I lost sense of what was going on, but then I came back and I felt the pain very, very strongly. I felt it, a sense of fainting. And then he says, the doctor says to me like, stop crying, I'm finished. And then he shows the tumor to me, and the people

Page 23

around him started laughing. And he shows the tumor to me, as I was saying, you know, look at it. Go take it with you. Go put it in soup. Go cook it up.
  Q: How do you know that he said that to you?
  A: It's easy to understand like someone says to you, there you are, here it is, and go take it with you and eat it, and the people around start laughing.
  Q: So you heard him say in English, put this in your soup?
  A: Exactly, not just him, also the people who were there.
  Q: You can translate the phrase, put this in your soup, from English to Spanish?
  A: Put it in your noodle and eat. I couldn't get up from the bed. I couldn't get up from the bed. They stood me up, and I put my shirt on as best as I could. And they took me from the infirmary up to a room upstairs, and the room was incredibly, incredibly dirty, just horrible. And after an hour or two I asked for help from a nurse who was passing by, because I was in a lot of pain and my shirt was just covered in blood, on down my clothing, my body, and no one came to see me until the afternoon, until that day in the afternoon. And they didn't change my bandages, they just gave me medicine for the pain. I don't know

Page 24

what medicine it was.
  Q: Was anyone else in the infirmary at this time, besides the health care workers?
  A: The only one who was there was the guard who transferred me from the cell to there.
  Q: Do you know that guard's name?
  A: The name I don't know, but I'm perfectly familiar with him.
  Q: What does he look like?
  A: He's like a, kind of shortish, like my height, like shortish.
  Q: Do you know the names of any of the nurses who were in the health care unit while you were in there following the removal?
  A: After the surgery?
  Q: Yes.
  A: No, the names I don't know, because I'm not in the habit of asking them their names. If I were to ask them their names, of course they wouldn't tell me. I mean, they have their IDs, but they're like covered up.
  Q: Do you recall there being a drain in your wound where the tumor used to be?
  A: I don't understand. Explain to me.
  Q: Were you able to see the site where the

Page 25

1  tumor used to be after the surgery?
2  **A:** The site where they did the surgery on me,
3  or where they took me after the surgery was over?
4  **Q:** The site on your body where the tumor used
5  to be.
6  **A:** You're complicating the question for me.
7  I'm understanding -- I'm not understanding.
8  **Q:** Could you see on your shoulder where the
9  tumor used to be? Could you look at it?
10 **A:** If I could see the tumor?
11 **Q:** Yes.
12 **A:** The tumor, yes, I could see it, the lump.
13 **Q:** But it was gone after the removal?
14 **A:** Logically, they cut it out, you couldn't see
15 it anymore.
16 **Q:** But could you see the site where it used to
17 be?
18 **A:** Like this, I couldn't see it. But just
19 putting up a mirror, in the mirror I could see it.
20 **Q:** Were you able to tell if anyone in the
21 health care unit put a drain in in order to collect
22 any fluids coming out of the wound?
23 **A:** The only thing they put on me were bandages
24 and tape, and that's all.
25 **Q:** Could you see what was underneath the

Page 26

1  bandages?
2  **A:** The surgery and then blood running behind or
3  down.
4  **Q:** Could you see what was underneath the
5  bandage?
6  **A:** The question is getting complicated. The
7  bandage I couldn't see, but I could feel that there
8  was blood, and there was blood running down at that
9  time.
10 **Q:** So you couldn't see the bandage?
11 **A:** On top, of course, I could see it, because
12 it was big, the bandage was. But logically I couldn't
13 see underneath the bandage.
14 **Q:** Thank you. You -- after the removal you
15 came back periodically to the health care unit for
16 dressing changes?
17 **A:** Supposedly I had to come back every day for
18 dressing changes, or they would bring me, they would
19 bring me, because I can't leave my cell. But they
20 brought me sometimes every third day, or sometimes
21 every five days.
22 **Q:** Why do you think you were supposed to be
23 seen every day?
24 **A:** Because they had to change the dressing,
25 because it was soaking up blood. That would have had

Page 27

1  to have been in the first few days, not a long time
2  afterwards.
3  **Q:** Did anybody tell you that you were going to
4  have to return to the health care unit every single
5  day for dressing changes?
6  **A:** Yes, the doctors told me that he would be
7  back in the evening to change the dressing every day
8  for one week.
9  **Q:** Did he say that to you in Spanish?
10 **A:** In English, but he said six continuous days.
11 **Q:** How did you know that that was what he was
12 saying?
13 **A:** It's very easy to understand that he was
14 talking about the bandages and changing. I understand
15 what change means in English, and the days I
16 understand in English.
17 **Q:** Do you remember seeing Dr. Nwaobasi one week
18 after he removed the tumor?
19 **A:** No, he saw me the day after he removed the
20 tumor.
21 **Q:** Did he also see you one week after he
22 removed the tumor?
23 **A:** No, he didn't. A nurse, she, whenever they
24 brought me, a nurse changed them for me.
25 **Q:** I understand Dr. Nwaobasi was not there when

Page 28

1  your dressing was being changed. When was the next
2  time you saw Dr. Nwaobasi after he removed the tumor?
3  **A:** I don't remember.
4  **Q:** Do you remember seeing another doctor a
5  couple of weeks after the tumor was removed?
6  **A:** Yes.
7  **Q:** Do you know which doctor that was?
8  **A:** Dr. Fuentes.
9  **Q:** What do you remember about the visit with
10 Dr. Fuentes?
11 **A:** The truth is that I don't talk to them.
12 They just bring me in, and if I try to talk, they try
13 to tell me to be quiet. I don't know enough English
14 to maintain conversation.
15 **Q:** Did she look at the site where the tumor
16 used to be?
17 **A:** Yes.
18 **Q:** Do you remember Dr. Nwaobasi removing your
19 stitches?
20 **A:** No, it wasn't the doctor, it was a nurse.
21 **Q:** After Dr. Nwaobasi removed your tumor, do
22 you know how many times you saw him?
23 **A:** I don't remember when or the dates, but I do
24 know that the doctor saw me several times after the
25 tumor. The last time was in August, August, 2013, I

29

1  believe.
2      **Q:** August, 2013 was the last time you saw
3  Dr. Nwaobasi?
4      **A:** No, it was the last time that he saw me.
5      **Q:** The last time you saw Dr. Nwaobasi was
6  August, 2013?
7      **A:** Yes. Yes, it was a visit that was very bad
8  for me. It was very bad because he treated me very
9  badly. Verbally he treated me very badly.
10     **Q:** How did you know what he was saying to you?
11     **A:** Simply even a child knows when he's being
12 treated badly by someone, regardless of what language
13 it's in.
14     **Q:** Do you know anything that he said to you?
15
16         (Discussion off the record)
17
18     **A:** I remember he said, stop making complaints,
19 asking for adequate medical care.
20     **Q:** (By Ms. Warren) Can you say that in English
21 now?
22     **A:** Stop putting complaints. Stop putting
23 complaints. I don't say it well, what he said was
24 that.
25     **Q:** Okay. Do you remember any other visits with

30

1  Dr. Nwaobasi after he removed the tumor, except the
2  visit in August, 2013?
3      **A:** I had several, but I don't know, I don't
4  know the dates with him.
5      **Q:** I understand you don't know the dates, but
6  is there anything you can tell me that you remember
7  about those visits with Dr. Nwaobasi? And I'm talking
8  about the dates that were after he removed the tumor,
9  but before August, 2013.
10     **A:** The only thing that I remember was that I
11 saw him to request medicine for my pain, which was
12 never adequate to relieve the pain; just Tylenol,
13 ibuprofen, and that's not enough for the pain that I
14 was in.
15     **Q:** Did you see any other doctors who prescribed
16 any other medication for you after the tumor was
17 removed from your left shoulder?
18     **A:** As I've said to you, I've seen all the
19 doctors who are there at that clinic, and I've asked
20 them all for medication for the pain, which was never
21 given to me.
22     **Q:** Do you know the names of the medications
23 they did prescribe for you?
24     **A:** The ones that I know by name, Tylenol,
25 ibuprofen. Those are the ones whose names I have. I

31

1  don't know if they've given me any other medication.
2      **Q:** Is it fair to say you may have been given
3  other medication, you just don't know the name of it?
4      **A:** Maybe, but when they give me the medication,
5  they don't say to me, I'm prescribing you or
6  administering to you this type of medication.
7      **Q:** So if the doctors prescribed you something
8  other than Tylenol and ibuprofen, you wouldn't know
9  what it is?
10     **A:** No.
11     **Q:** Have you had any encounters with
12 Dr. Nwaobasi, other than the ones you've told me about
13 today?
14     **A:** No.
15     **Q:** Okay. When was the last time you saw a
16 physician or nurse practitioner for the pain in your
17 left shoulder?
18     **A:** Approximately -- I forget the dates, but
19 three or four months. I know the name of the doctor.
20 I can't pronounce that.
21     **Q:** When was the last time your left shoulder
22 was x-rayed?
23     **A:** The same as I'm telling you, approximately
24 four months ago, or three months ago. I think I may
25 have the dates. It's not on here, but it's not long

32

1  ago that I've requested that they've taken x-rays on
2  me.
3      **Q:** Okay. Mr. Salcedo-Vazquez, the entire time
4  you've been doing this deposition, we've been
5  referring to what was on your left shoulder as a
6  tumor. And I kind of asked this at the beginning, but
7  if you could, please tell me who it is that told you
8  you had a tumor on your left shoulder.
9      **A:** As I'm telling, a tumor was what they called
10 it in the beginning. I don't know if later on they
11 called it something else, but a tumor is what I know,
12 what I know it as, or sarcoma cancer.
13     **Q:** Who called it sarcoma cancer?
14     **A:** I looked for it, first asked personnel to
15 help me look for it in a medical book, and that was
16 the name of the thing that I had on my left shoulder.
17     **Q:** Did any doctor or nurses tell you that you
18 had sarcoma cancer on your left shoulder?
19     **A:** Not at all. Not at all.
20     **Q:** You said that in the beginning they called
21 it a tumor. Who is they?
22     **A:** The first doctor I saw here told me tumor,
23 but I wouldn't know what they would have called it. I
24 just know that before they were calling it a tumor.
25     **Q:** But who are they?

Page 33

1   A: I don't know their names.
2   Q: Were they here at Menard?
3   A: Yes, here at Menard.
4   Q: Were they doctors? Could they speak to you
5   in Spanish?
6   A: There was no doctor who speaks Spanish here.
7   Q: So how do you know that doctors here at
8   Menard called it a tumor?
9   A: A tumor is the same in English, tumor. That
10  was what I heard it as. And if they called it
11  something else, that's their business. They're
12  doctors, they know what it is.
13      MS. WARREN: That's all I have. You have
14  the right to review the transcript. You also have the
15  right to go through and determine whether the court
16  reporter took down everything correctly. Or you can
17  trust that the court reporter did take down everything
18  that the interpreter translated you saying as correct.
19  We can now go off the record for a moment, if you want
20  to discuss this with your attorney.
21      THE WITNESS: Repeat that, please.
22      MS. WARREN: We can now go off the record
23  for a moment, meaning the court reporter won't be
24  taking down what we say, so that you can discuss this
25  with your attorney.

Page 34

1   THE WITNESS: Yes, I'd like to speak to my
2   attorney.
3       MS. WARREN: I'll still be in the room, but
4   you can discuss the issue of the transcript.
5       THE WITNESS: That's fine.
6
7       (Discussion off the record)
8
9   MS. JEHLE: He'll read.
10
11  SIGNATURE RESERVED BY AGREEMENT OF COUNSEL AND WITNESS

Page 35

1   State of Illinois
2   SS
3   County of Madison
4
5       I, Sally Barach, a Notary Public in and for
6   the State of Illinois, duly commissioned, qualified,
7   and authorized to administer oaths and to certify to
8   depositions, do hereby certify that pursuant to Notice
9   in the cause now pending and undetermined in the
10  United States District Court, Southern District of
11  Illinois, to be used in the trial of said cause in
12  said court, I was attended at the Menard Correctional
13  Center, 711 Kaskaskia Street, in the City of Chester,
14  State of Illinois, by the aforesaid witness, and by
15  the aforesaid attorneys, on the 17th day of October,
16  2014.
17      The said witness, being of sound mind, and
18  being by me first carefully examined and duly
19  cautioned and sworn to testify the truth, the whole
20  truth, and nothing but the truth in the case
21  aforesaid, thereupon testified as is shown in the
22  foregoing transcript, said testimony being by me
23  reported in shorthand and caused to be transcribed
24  into typewriting, and that the foregoing pages
25  correctly set forth the testimony of the

Page 36

1   aforementioned witness, together with the questions
2   propounded by counsel and remarks and objections of
3   counsel thereto, and is in all respects a full, true,
4   correct, and complete transcript of the questions
5   propounded to and the answers given by said witness,
6   that signature of the deponent was not waived by
7   agreement of counsel and of witness.
8       I further certify that I am not of counsel
9   or attorney for either of the parties to said suit,
10  not related to nor interested in any of the parties or
11  their attorneys.
12      Witness my hand and notarial seal at
13  Edwardsville, Illinois, this 10th day of November,
14  2014.
15      My Commission expires August 18, 2017.
16
17
18  _____Sally Barach_____
19  Notary Public in and for the
20  State of Illinois
21  CSR No. 084-003760

9 (Pages 33 to 36)

## Page 37

1  GorePerry Reporting & Video
2  Monday, November 10, 2014
3
   Teodolfo Salcedo-Vazquez, #M21621
4  Menard Correctional Center
   711 Kaskaskia Street, P.O. Box 1000
5  Chester, IL, 62259
6  Re: Deposition of Teodolfo Salcedo-Vazquez
   Date:Friday, October 17, 2014
7  Case:Teodolfo Salcedo-Vazquez v.
   S. Nwaobasi, et al.
8
9  Dear Mr./Ms. Teodolfo Salcedo-Vazquez,
10 As you recall, you did not waive the right to read
   and sign your deposition in the above referenced matter.
11 Enclosed is the copy of your deposition, together
   with errata sheets and additional signature page.
12 Please read the transcript, list any corrections
   (including page and line number) on the errata sheets,
13 sign and date the errata sheets and signature page.
14 Within 30 days, please return the errata sheets and
   signature page to our office for further processing.
15
   Your prompt cooperation will be appreciated.
16
17 Sincerely,
18
19
20
21
22
23 Production Department
   GorePerry Reporting & Video
24 515 Olive Street
   St. Louis, MO 63101
25 (314) 241-6750

## Page 38

1  Page Line Should Read:
2  Reason for change:
3
4  Page Line Should Read:
5  Reason for change:
6
7  Page Line Should Read:
8  Reason for change:
9
10 Page Line Should Read:
11 Reason for change:
12
13 Page Line Should Read:
14 Reason for change:
15
16 Page Line Should Read:
17 Reason for change:
18
19 Page Line Should Read:
20 Reason for change:
21
22 Page Line Should Read:
23 Reason for change:
24
25

## Page 39

1  Page Line Should Read:
2  Reason for change:
3
4  Page Line Should Read:
5  Reason for change:
6
7  Page Line Should Read:
8  Reason for change:
9
10 Page Line Should Read:
11 Reason for change:
12
13 Page Line Should Read:
14 Reason for change:
15
16 Page Line Should Read:
17 Reason for change:
18
19 Page Line Should Read:
20 Reason for change:
21
22 Page Line Should Read:
23 Reason for change:
24
25

## Page 40

1  Comes now the witness, Teodolfo Salcedo-Vazquez,
2  and having read the foregoing transcript
3  of the deposition taken on 10/17/2014,
4  acknowledges by signature hereto that it is a
5  true and accurate transcript of the testimony given
6  on the date hereinabove mentioned.
7
8
9  _____
10 Teodolfo Salcedo-Vazquez
11
12 Subscribed and sworn to me before this
13 _____ day of _____,20____.
14 My Commission expires
15
16
17 _____
18 Notary Public
19
20
21
22
23
24
25

Page 41

```
 1  COURT MEMO
 2
 3
 4
 5  Teodolfo Salcedo-Vazquez v. S. Nwaobasi, et al.
 6
 7
 8  CERTIFICATE OF OFFICER AND
 9  STATEMENT OF DEPOSITION CHARGES
10
11  DEPOSITION OF Teodolfo Salcedo-Vazquez
12
13  10/17/2014
14  Name and address of person or firm having custody of
15  the original transcript:
16
17  Sandberg, Phoenix & von Gontard, P.C.
18  600 Washington Avenue, 15th Floor
19  St. Louis, MO 63101
20
21
22
23
24
25
```

Page 42

```
 1  ORIGINAL TRANSCRIPT TAXED IN FAVOR OF:
 2
 3  Sandberg, Phoenix & von Gontard, P.C.
 4  600 Washington Avenue, 15th Floor
 5  St. Louis, MO 63101
 6  Total:
 7  1 ONE COPY - TAXED IN FAVOR OF:
 8
 9  The Welby Law Firm
10  1221 Locust Street, 4th Floor
11  Saint Louis, MO 63103
12  Total:
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 43

```
 1  Upon delivery of transcripts, the above
 2  charges had not been paid. It is anticipated
 3  that all charges will be paid in the normal course
 4  of business.
 5  GORE PERRY GATEWAY & LIPA REPORTING COMPANY
 6  515 Olive Street, Suite 700
 7  St. Louis, Missouri 63101
 8  IN WITNESS WHEREOF, I have hereunto set
 9  STATEMENT OF DEPOSITION CHARGES
10  my hand and seal on this _____ day of _____
11  Commission expires
12  _____
13  Notary Public
14
15
16
17
18
19
20
21
22
23
24
25
```

### A

able 9:14 14:6 19:11 24:25 25:20
accept 11:16
access 4:22
accurate 40:5
acknowledges 40:4
additional 37:11
address 41:14
adequate 20:11,12 29:19 30:12
administer 35:7
administering 31:6
aforementioned 36:1
aforesaid 35:14,15 35:21
afternoon 23:23,24
ago 17:11 31:24,24 32:1
agree 14:20
agreed 2:13,25
agreement 34:11 36:7
al 1:3 37:7 41:5
allergic 10:16,17 10:18,19,23,25
answer 13:7 17:18
answering 12:9
answers 6:3 36:5
anticipated 43:2
anticipating 21:25
anybody 9:10 27:3
anymore 25:15
apart 9:11
appearances 4:1
appointment 13:21
appreciated 37:15
approximately 12:17 13:5 31:18 31:23
arrived 9:1 12:12 21:16
asked 10:21,22

11:15 15:6 22:10 23:20 30:19 32:6 32:14
asking 8:9 12:22 13:4,5 14:3 17:10 24:18 29:19
assume 9:15
assumes 9:18
attended 35:12
attention 19:24 20:11,12
attorney 4:5 6:23 6:25 7:4 33:20,25 34:2 36:9
attorneys 9:11 35:15 36:11
aubree 4:4 7:7
august 6:16 15:4,7 15:25 28:25,25 29:2,6 30:2,9 36:15
authorized 35:7
avenue 4:14 41:18 42:4
aware 14:8,22

### B

back 14:1,3,25 18:16,20 22:22 26:15,17 27:7
bad 29:7,8
badly 11:17 29:9,9 29:12
bandage 26:5,7,10 26:12,13
bandages 23:24 25:23 26:1 27:14
barach 2:20 35:5
bed 21:23,23 23:15 23:15
beginning 17:10 32:6,10,20
behalf 2:17
believe 29:1

best 23:16
big 12:11,13 13:9 26:12
biopsied 19:15,17
biopsy 18:11
birth 6:15
blood 14:11,15 23:22 26:2,8,8,25
body 22:19 23:22 25:4
book 32:15
box 37:4
bring 21:25 26:18 26:19 28:12
brought 26:20 27:24
bus 15:13
business 33:11 43:4

### C

c 4:13 41:17 42:3
called 6:7 8:16 21:22 32:9,11,13 32:20,23 33:8,10
calling 8:4 32:24
cancer 32:12,13,18
cant 12:19,25 13:7 26:19 31:20
care 14:5 16:6,16 16:21 17:2 20:1,6 20:14 24:3,13 25:21 26:15 27:4 29:19
carefully 35:18
case 7:1 35:20 37:7
cause 2:6 3:3 35:9 35:11
caused 35:23
cautioned 35:19
cell 21:17 24:5 26:19
center 2:19 35:13 37:4
certain 9:18

certificate 41:8
certified 2:20
certify 35:7,8 36:8
change 23:24 26:24 27:7,15 38:2,5,8 38:11,14,17,20,23 39:2,5,8,11,14,17 39:20,23
changed 27:24 28:1
changes 17:5 26:16 26:18 27:5
changing 27:14
charges 41:9 43:2,3 43:9
chester 2:19 35:13 37:5
child 29:11
city 2:19 35:13
civil 2:16
class 16:6
classes 16:9
clinic 18:25 30:19
clothing 23:22
collect 25:21
com 4:18
come 26:17
comes 40:1
coming 25:22
commission 36:15 40:14 43:11
commissioned 35:6
company 43:5
complaint 7:21
complaints 29:18 29:22,23
complete 36:4
completely 11:25
complicated 26:6
complicating 25:6
complied 2:24
continuous 27:10
conversation 28:14
cook 23:3
cooperation 37:15

copy 7:21 37:11 42:7
correct 7:7 9:16 12:8,24 15:1 21:4 33:18 36:4
correctional 2:18 35:12 37:4
corrections 37:12
correctly 33:16 35:25
couldnt 23:14,15 25:14,18 26:7,10 26:12
counsel 2:14,14 4:1 34:11 36:2,3,7,8
county 11:2,5,7,12 11:19 12:1,1,4 35:3
couple 28:5
course 22:6 24:19 26:11 43:3
court 2:1 13:22 14:17 33:15,17,23 35:10,12 41:1
covered 22:20 23:22 24:20
criss 15:3,10,13 16:13
crying 22:24
csr 36:21
custody 41:14
cut 20:24 25:14
cutting 22:12
cyst 10:6,9

### D

date 6:15 37:6,13 40:6
dates 17:4,11,13 18:2,8 19:23 20:8 28:23 30:4,5,8 31:18,25
day 2:18 6:16 14:3 17:24 19:5 20:20

Teodolfo Salcedo-Vazquez v. S. Nwaobasi, et al.
Teodolfo Salcedo-Vazquez                                      October 17, 2014

Page 45

20:22,22 21:12
23:23 26:17,20,23
27:5,7,19 35:15
36:13 40:13 43:10
**days** 20:23 21:1,3,7
26:21 27:1,10,15
37:14
**dear** 37:9
**defendants** 2:11,14
2:17 4:11
**delivery** 43:1
**department** 37:23
**deponent** 3:4 36:6
**deposition** 2:15,22
3:2 32:4 37:6,10
37:11 40:3 41:9
41:11 43:9
**depositions** 35:8
**determine** 33:15
**didnt** 11:16 12:15
14:23,24 15:22
18:5 23:24 27:23
**different** 17:1
**difficult** 17:12
**dirty** 23:19
**discuss** 33:20,24
34:4
**discussion** 29:16
34:7
**district** 2:1,2 35:10
35:10
**doctor** 8:5,6,15
9:21 10:3,11,15
11:16,19,21 12:9
13:14 15:12,19,19
15:21 16:20,23
17:2 19:14 20:5
21:22 22:14,17,24
28:4,7,20,24
31:19 32:17,22
33:6
**doctors** 11:13 20:9
20:14 27:6 30:15
30:19 31:7 33:4,7

33:12
**document** 7:22,24
**doe** 2:8
**doing** 22:17 32:4
**dont** 7:20 9:6,7,8
9:23 11:3 12:13
12:20 13:9 14:13
15:5 16:8,17,25
17:4,7,7,16,16,17
17:24 18:3,6,7,8
18:13 19:7,18,23
20:8 23:25 24:7
24:17,24 28:3,11
28:13,23 29:23
30:3,3,5 31:1,3,5
32:10 33:1
**doterro** 15:18
**dr** 6:21 7:10,13
13:13 14:8 15:7
15:11,16 17:25
18:5 19:6 20:17
21:1,3 27:17,25
28:2,8,10,18,21
29:3,5 30:1,7
31:12
**drain** 24:22 25:21
**dressing** 26:16,18
26:24 27:5,7 28:1
**duly** 6:7 35:6,18

**E**
**e** 2:7
**easy** 22:7 23:5
27:13
**eat** 23:7,14
**edwardsville** 36:13
**effect** 2:23
**either** 36:9
**enclosed** 37:11
**encounters** 31:11
**english** 6:3,4 9:7,8
23:8,13 27:10,15
27:16 28:13 29:20
33:9

**entire** 32:3
**errata** 37:11,12,13
37:14
**esq** 4:4,12
**et** 1:3 37:7 41:5
**evening** 27:7
**everybody** 8:8
**exact** 12:20,23,25
13:2,4,8
**exactly** 12:13 13:3
17:16,18 18:2
23:10
**exam** 16:1
**examination** 5:4
6:11 10:1,1
**examined** 6:8 15:11
35:18
**examining** 9:21,25
**excuse** 8:15 16:4
**exhibits** 5:6,8
**expires** 36:15 40:14
43:11
**explain** 11:17 24:24
**explanation** 12:10

**F**
**fainting** 22:23
**fair** 17:15 31:2
**familiar** 24:8
**far** 8:23
**favor** 42:1,7
**federal** 2:16,23
**feel** 26:7
**feeling** 22:10,10,12
**felt** 11:18 22:22,23
**female** 15:12,18
**field** 16:5
**filed** 6:18
**find** 17:14
**fine** 8:25 9:20
17:18 34:5
**finished** 22:24
**firm** 41:14 42:9
**first** 6:7,16 13:14

14:3 21:13 27:1
32:14,22 35:18
**five** 12:7 26:21
**floor** 4:7,15 41:18
42:4,10
**fluids** 25:22
**following** 19:5
24:14
**follows** 6:9
**force** 2:23
**foregoing** 35:22,24
40:2
**forget** 31:18
**forth** 35:25
**four** 11:23 12:7,24
13:5,10 31:19,24
**friday** 37:6
**fuentes** 2:7 15:7,11
15:16 28:8,10
**full** 36:3
**further** 2:25 36:8
37:14

**G**
**g** 4:23
**gateway** 43:5
**gesture** 12:16
**getting** 26:6
**give** 11:12 12:20
13:7 16:6 17:7
31:4
**given** 17:5 30:21
31:1,2 36:5 40:5
**gives** 13:1
**giving** 13:8 20:10
20:11
**go** 8:5 22:2 23:2,3,3
23:6 33:15,19,22
**going** 9:15 14:23
21:15,24,25 22:21
27:3
**gontard** 4:13 41:17
42:3
**gore** 43:5

**goreperry** 37:1,23
**guard** 21:16 24:4
**guards** 24:6

**H**
**habit** 24:18
**hand** 36:12 43:10
**happened** 11:3
17:11,13
**havent** 9:6
**health** 2:9 6:21
7:10,13 14:5
16:16,21 17:2
20:1,6,14 24:3,13
25:21 26:15 27:4
**heard** 23:8 33:10
**height** 24:11
**hell** 34:9
**help** 11:15 16:2
23:20 32:15
**hereinabove** 40:6
**hereto** 40:4
**hereunto** 43:8
**hes** 9:23 11:25 13:1
24:10 29:11
**history** 11:12
**holding** 22:15
**honestly** 12:9
**horrible** 23:19
**hospital** 18:14,20
22:1,2
**hour** 23:19
**hours** 19:9
**house** 21:14

**I**
**ibuprofen** 13:18,20
13:25 14:2 17:6
30:13,25 31:8
**id** 34:1
**identify** 7:4
**ids** 24:20
**il** 37:5
**ill** 8:22 34:3

Teodolfo Salcedo-Vazquez v. S. Nwaobasi, et al.
Teodolfo Salcedo-Vazquez                                October 17, 2014

Page 46

**illinois** 2:2,20 35:1
  35:6,11,14 36:13
  36:20
**im** 8:9,15 9:14
  10:18,22 11:11,23
  12:9,22 13:1,4,5
  16:7 17:10 18:2,8
  21:23 22:24 24:7
  24:17 25:7,7 30:7
  31:5,23 32:9
**imagine** 11:1
**inches** 12:7,24 13:5
  13:10
**including** 37:12
**incredibly** 23:18,18
**index** 5:1
**indicating** 7:5
**infirmary** 19:2,4,8
  19:12 20:10 21:17
  21:19 23:17 24:2
**information** 11:24
**injection** 22:8
**inside** 18:23
**interested** 36:10
**interpret** 6:2 10:12
**interpreter** 4:20
  6:8,9 11:9,13
  33:18
**issuance** 2:21
**issue** 34:4
**ive** 14:15 16:7
  30:18,18,19 32:1

**J**

**jail** 11:5,7,12,19
  12:4
**jane** 2:8
**january** 19:20,22
**jehle** 4:4 34:9
**john** 2:8
**july** 13:13 14:6,9
  14:12,18,21
**june** 9:1 13:11

**K**

**kaskaskia** 2:19
  35:13 37:4
**keep** 22:16
**kind** 16:8 24:10
  32:6
**know** 7:20 8:15,16
  9:7,7,8,13,23 10:6
  10:24 11:3 12:11
  12:13 13:2,8,9
  14:11,13,23,24
  15:5 16:17,18,25
  17:7 23:2,4,25
  24:6,7,12,17
  27:11 28:7,13,22
  28:24 29:10,14
  30:3,4,5,22,24
  31:1,3,8,19 32:10
  32:11,12,23,24
  33:1,7,12
**known** 10:24
**knows** 29:11

**L**

**language** 4:22
  29:12
**laughing** 23:1,7
**law** 4:5 42:9
**lawsuit** 6:18,20
**leave** 22:2 26:19
**left** 7:16,25 8:3,20
  9:21,25 10:4
  11:22 13:16 14:9
  14:17 15:11 17:21
  18:12 19:20 20:2
  20:7,15,21 30:17
  31:17,21 32:5,8
  32:16,18
**leslie** 4:12
**lie** 13:7 22:3,7
**line** 37:12 38:1,4,7
  38:10,13,16,19,22
  39:1,4,7,10,13,16
  39:19,22

**lipa** 43:5
**list** 37:12
**little** 21:23
**lockdown** 14:21,23
  21:14
**locust** 4:6 42:10
**logically** 25:14
  26:12
**long** 12:7 13:6 27:1
  31:25
**look** 15:16,24 16:1
  17:4 18:2 20:14
  23:2 24:9 25:9
  28:15 32:15
**looked** 8:8 10:2,3
  11:1 13:14,16,17
  15:14,20 16:2
  20:16 21:9 32:14
**looks** 12:23
**lost** 22:21
**lot** 22:19 23:21
**louis** 4:8,16,24
  37:24 41:19 42:5
  42:11 43:7
**lump** 8:13,19 11:22
  12:7 15:22,24
  25:12
**lwarren** 4:18
**lying** 13:1,19 22:11

**M**

**m21621** 37:3
**maam** 17:24
**madison** 35:3
**maintain** 28:14
**making** 29:18
**male** 15:19
**march** 20:6
**mark** 4:21 6:1
**marked** 5:8
**mass** 7:16,19,20
  8:14 13:16
**matter** 37:10
**mean** 7:18 24:20

**meaning** 8:11
  33:23
**means** 27:15
**measure** 12:15,21
**measurement**
  12:20 13:2,4,8
**medical** 8:11,13 9:4
  9:8,10,13,14,16
  9:17 11:4,12 16:1
  16:3,5,6,11 19:24
  20:10,12 21:20
  29:19 32:15
**medication** 30:16
  30:20 31:1,3,4,6
**medications** 30:22
**medicine** 17:2,5,8
  20:12 23:25 24:1
  30:11
**memo** 41:1
**menard** 2:18 13:11
  14:17,21,25 18:11
  18:16,23 19:15
  33:2,3,8 35:12
  37:4
**mentioned** 40:6
**metro** 4:22
**mind** 35:17
**mirror** 25:19,19
**missouri** 43:7
**mistaken** 11:25
**mo** 4:8,16,24 37:24
  41:19 42:5,11
**moment** 33:19,23
**monday** 37:2
**month** 19:15,17
**months** 12:2 31:19
  31:24,24
**moving** 22:16

**N**

**name** 6:13,14 9:23
  15:5 16:18,19
  24:6,7 30:24 31:3
  31:19 32:16 41:14

**names** 17:7,8 24:12
  24:17,18,19 30:22
  30:25 33:1
**naprosyn** 10:16,17
  10:18,20,23,25
**need** 9:18
**nettesheim** 4:21 6:1
**neurontin** 16:24
**never** 10:21,22
  12:9 13:22 14:14
  14:14,15 15:14
  16:7 21:15 30:12
  30:20
**noodle** 23:14
**normal** 43:3
**notarial** 36:12
**notary** 35:5 36:19
  40:18 43:13
**notice** 2:21 35:8
**november** 18:11,13
  36:13 37:2
**number** 37:12
**nurse** 15:3,6,10
  16:13,20,23 23:20
  27:23,24 28:20
  31:16
**nurses** 24:12 32:17
**nwaobasi** 1:3 2:7
  6:21 7:10,13
  13:13 14:8 17:25
  18:5 19:6 20:17
  21:1,3 27:17,25
  28:2,18,21 29:3,5
  30:1,7 31:12 37:7
  41:5

**O**

**o** 37:4
**oaths** 35:7
**objections** 3:1 36:2
**occasion** 8:5
**occasions** 11:15
**october** 1:5 2:18
  17:21 18:1,5

MOTION FOR SUMMARY JUDGMENT EXHIBIT 1

Teodolfo Salcedo-Vazquez v. S. Nwaobasi, et al.
Teodolfo Salcedo-Vazquez                                    October 17, 2014

Page 47

| | | | | |
|---|---|---|---|---|
| 35:15 37:6<br>**office** 37:14<br>**officer** 41:8<br>**oh** 15:18<br>**okay** 7:9,21 8:9 9:4<br>  10:3 13:11 14:5<br>  14:17 16:3,13<br>  17:1,19 18:4,10<br>  29:25 31:15 32:3<br>**olive** 37:24 43:6<br>**ones** 8:16 30:24,25<br>  31:12<br>**open** 14:24 21:14<br>**order** 13:24 25:21<br>**ordered** 14:8,11<br>**original** 41:15 42:1<br>**outside** 18:15,20<br>  22:1,2<br><br>**P**<br>**p** 4:13 37:4 41:17<br>  42:3<br>**page** 5:3 8:23 37:11<br>  37:12,13,14 38:1<br>  38:4,7,10,13,16<br>  38:19,22 39:1,4,7<br>  39:10,13,16,19,22<br>**pages** 35:24<br>**paid** 43:2,3<br>**pain** 19:20,24 20:6<br>  20:12 22:19,22<br>  23:21,25 30:11,12<br>  30:13,20 31:16<br>**part** 3:1<br>**parties** 36:9,10<br>**passing** 23:20<br>**pending** 35:9<br>**people** 16:11 22:13<br>  22:14,15,16,25<br>  23:7,10<br>**perfectly** 17:18<br>  24:7<br>**periodically** 26:15<br>**perry** 43:5 | **person** 15:5 41:14<br>**personnel** 21:20<br>  32:14<br>**philippino** 9:23,24<br>  10:11<br>**phoenix** 4:13 41:17<br>  42:3<br>**phonetic** 15:18<br>**phrase** 23:12<br>**physically** 16:19<br>**physician** 9:24 12:6<br>  16:7 18:17,24<br>  19:4,19 31:16<br>**pictures** 20:2<br>**plainly** 19:24<br>**plaintiff** 2:5,14 4:3<br>**please** 6:13,15,24<br>  7:3,11 21:2 32:7<br>  33:21 37:12,14<br>**pointed** 7:6<br>**position** 16:10<br>**practitioner** 15:3<br>  15:10 16:13,20,23<br>  31:16<br>**prescribe** 16:24<br>  30:23<br>**prescribed** 13:18<br>  13:20 14:2 30:15<br>  31:7<br>**prescribing** 13:25<br>  31:5<br>**pressing** 22:9<br>**prison** 21:13<br>**prisoner** 11:10,14<br>  11:16<br>**procedure** 2:17<br>**processing** 37:14<br>**production** 37:23<br>**project** 4:22<br>**prompt** 37:15<br>**pronounce** 31:20<br>**propounded** 36:2,5<br>**public** 35:5 36:19<br>  40:18 43:13 | **pursuant** 2:16 35:8<br>**put** 6:2 18:25 23:3<br>  23:8,12,14,16<br>  25:21,23<br>**putting** 25:19 29:22<br>  29:22<br><br>**Q**<br>**qualified** 35:6<br>**question** 8:10 9:17<br>  9:17 10:22 17:17<br>  25:6 26:6<br>**questions** 6:2,12<br>  9:15 15:6 36:1,4<br>**quiet** 28:13<br><br>**R**<br>**raised** 3:2<br>**rc** 9:1,22<br>**read** 8:12 9:7,10,14<br>  34:9 37:10,12<br>  38:1,4,7,10,13,16<br>  38:19,22 39:1,4,7<br>  39:10,13,16,19,22<br>  40:2<br>**reason** 8:9 18:4<br>  38:2,5,8,11,14,17<br>  38:20,23 39:2,5,8<br>  39:11,14,17,20,23<br>**recall** 9:21 24:22<br>  37:10<br>**receive** 9:19 11:4<br>**received** 9:18<br>**recognize** 7:22<br>  16:18<br>**record** 7:3,6 11:2<br>  29:16 33:19,22<br>  34:7<br>**records** 8:13,13 9:5<br>  9:9,10,14,16<br>  10:16 11:22 12:7<br>**refer** 8:22<br>**referenced** 37:10<br>**referred** 8:6,14 | **referring** 11:9<br>  15:12 32:5<br>**regard** 12:10<br>**regardless** 29:12<br>**related** 36:10<br>**relieve** 30:12<br>**remarks** 36:2<br>**remember** 8:6 9:24<br>  15:7 17:4,12,14<br>  17:16,16,18,20,24<br>  17:25 18:3,6,7,8<br>  18:10,13,14 19:7<br>  19:8,14,18,19,23<br>  20:1,5,8,17,25<br>  21:6,8,10,11,18<br>  21:19,21 27:17<br>  28:3,4,9,18,23<br>  29:18,25 30:6,10<br>**removal** 24:14<br>  25:13 26:14<br>**removed** 20:20,24<br>  21:1,4,12 27:18<br>  27:19,22 28:2,5<br>  28:21 30:1,8,17<br>**removing** 28:18<br>**repeat** 6:24 7:11<br>  21:2 33:21<br>**reported** 35:23<br>**reporter** 2:21 33:16<br>  33:17,23<br>**reporting** 37:1,23<br>  43:5<br>**represent** 7:10,12<br>**request** 30:11<br>**requested** 32:1<br>**reserved** 3:2 34:11<br>**respects** 36:3<br>**results** 14:15<br>**return** 27:4 37:14<br>**returned** 18:16<br>**review** 9:8 33:14<br>**reviewed** 9:4,6<br>**right** 18:23,24 22:8<br>  33:14,15 37:10 | **road** 4:23<br>**room** 6:23 19:1<br>  21:22 23:18,18<br>  34:3<br>**rules** 2:16,23<br>**running** 26:2,8<br><br>**S**<br>**s** 1:3 2:7 37:7 41:5<br>**saint** 42:11<br>**salcedovazquez** 1:1<br>  1:4 2:4,15 6:6<br>  7:15 32:3 37:3,6,7<br>  37:9 40:1,10 41:5<br>  41:11<br>**sally** 2:20 35:5<br>**sandberg** 4:13<br>  41:17 42:3<br>**sandbergphoenix**<br>  4:18<br>**sarcoma** 32:12,13<br>  32:18<br>**saw** 12:16 13:13,14<br>  13:20,23 14:1<br>  15:3,5 16:13,15<br>  17:2 18:7,9,21<br>  19:4 21:3,5 27:19<br>  28:2,22,24 29:2,4<br>  29:5 30:11 31:15<br>  32:22<br>**saying** 23:2 27:12<br>  29:10 33:18<br>**says** 22:23,24 23:5<br>**schooling** 16:8<br>**seal** 36:12 43:10<br>**sebaceous** 10:6,8<br>**second** 22:21<br>**see** 8:5,13 12:14<br>  13:22 16:20 18:5<br>  18:17,24 20:20<br>  23:23 24:25 25:8<br>  25:10,12,14,16,18<br>  25:19,25 26:4,7<br>  26:10,11,13 27:21 |

30:15
seeing 10:11 15:7
  17:25 19:14,19
  20:5,9,9,17 27:17
  28:4
seeking 19:24
seen 14:15 15:13
  26:23 30:18
sense 22:21,23
september 16:14
  16:21 17:3
set 35:25 43:8
sheets 37:11,12,13
  37:14
shes 14:3
shirt 23:16,21
shorthand 2:21
  35:23
shortish 24:10,11
shoulder 7:16,25
  8:3,14,20 9:22,25
  10:4 11:23 13:16
  14:9 15:11,14,17
  15:20,25 17:21
  18:12 19:20 20:3
  20:7,15,21 25:8
  30:17 31:17,21
  32:5,8,16,18
shown 14:14,15
  35:21
shows 22:25 23:1
side 22:13,13,15,16
sign 37:10,13
signature 3:3 34:11
  36:6 37:11,13,14
  40:4
signs 22:7
simply 18:6 29:11
sincerely 37:17
single 27:4
site 24:25 25:2,4,16
  28:15
six 27:10
size 12:14

soaking 26:25
somebody 8:2 22:4
sound 12:8,24
  35:17
soup 23:3,9,13
sources 2:9 6:21
  7:10,13
southern 2:2 35:10
spanish 6:3,4 10:13
  11:8 14:6 19:11
  22:4 23:13 27:9
  33:5,6
speak 9:7 11:8
  19:11 33:4 34:1
speaking 22:4
speaks 33:6
specific 8:10 17:11
  17:13
ss 35:2
st 4:8,16,24 37:24
  41:19 42:5 43:7
start 23:7
started 22:9 23:1
state 2:20 6:13 35:1
  35:6,14 36:20
statement 41:9
  43:9
states 2:1 35:10
stateville 9:1,22,25
  10:3,12,15 11:5
  11:21 12:6,12,18
stay 18:19
staying 19:8
stipulated 2:13,25
stitches 28:19
stood 23:16
stop 22:18,18,24
  29:18,22,22
street 2:19 4:6
  35:13 37:4,24
  42:10 43:6
strongly 22:22
studied 16:8
subscribed 40:12

suit 36:9
suite 43:6
suppose 11:2
supposed 26:22
supposedly 26:17
sure 8:11,18,19
  13:24
surgery 21:15,24
  24:15 25:1,2,3
  26:2
sweating 22:19,20
  22:20
sworn 6:2,8 35:19
  40:12

───── T ─────
take 23:2,6 33:17
taken 1:5 2:16,22
  16:6 17:20 18:10
  32:1 40:3
talk 28:11,12
talking 8:12,19,24
  27:14 30:7
tape 25:24
taxed 42:1,7
tell 6:15 8:2 9:19
  10:8,19 21:6,11
  22:1,7 24:19
  25:20 27:3 28:13
  30:6 32:7,17
telling 13:1 18:2,8
  22:18 31:23 32:9
teodolfo 1:1,4 2:4
  2:15 6:6 37:3,6,7
  37:9 40:1,10 41:5
  41:11
teodolfosalcedo
  6:14
testified 6:9 35:21
testify 35:19
testimony 35:22,25
  40:5
tests 14:12
thank 7:9 26:14

thats 8:4,25 9:20
  10:22 11:2 17:18
  21:9 25:24 30:13
  33:11,13 34:5
thereto 36:3
theyre 8:16 24:20
  33:11
theyve 11:1 14:14
  14:14 17:5 31:1
  32:1
thing 8:12 17:9
  21:8 25:23 30:10
  32:16
things 17:6
think 14:10 26:22
  31:24
third 26:20
thought 12:17
three 11:23 20:23
  20:23 21:1,3,7
  31:19,24
time 13:21 22:18
  24:3 26:9 27:1
  28:2,25 29:2,4,5
  31:15,21 32:3
times 14:21 15:20
  28:22,24
today 6:17 31:13
told 15:21 17:9
  21:15,23 22:6
  27:6 31:12 32:7
  32:22
top 26:11
total 42:6,12
touching 22:9,11
training 16:3
transcribed 35:23
transcript 33:14
  34:4 35:22 36:4
  37:12 40:2,5
  41:15 42:1
transcripts 43:1
transferred 24:5
translate 14:6

23:12
translated 33:18
treated 11:16 29:8
  29:9,12
treatment 9:13,17
  9:18,19 11:4
  16:11
trial 3:3 35:11
true 36:3 40:5
trust 33:17
truth 14:13 28:11
  35:19,20,20
try 28:12,12
trying 11:17 17:13
tumor 7:25 8:1,2,4
  8:7,10,16,23
  11:25 12:3,10,11
  12:17 13:17 15:11
  15:14,16 18:12
  19:15,25 20:2,15
  20:21,24,24 21:1
  21:4,9,12 22:25
  23:1 24:23 25:1,4
  25:9,10,12 27:18
  27:20,22 28:2,5
  28:15,21,25 30:1
  30:8,16 32:6,8,9
  32:11,21,22,24
  33:8,9,9
two 12:1,2 20:23,25
  21:3,7 22:13,14
  22:15,16 23:19
tylenol 14:2 17:6
  30:12,24 31:8
type 17:1 31:6
typewriting 35:24

───── U ─────
underneath 25:25
  26:4,13
understand 6:17,20
  6:25 7:9,12,15,18
  8:18 12:22,25
  17:10,12 18:6

Teodolfo Salcedo-Vazquez v. S. Nwaobasi, et al.
Teodolfo Salcedo-Vazquez                                  October 17, 2014

Page 49

| | | | |
|---|---|---|---|
| 22:6 23:5 24:24 27:13,14,16,25 30:5 | went 8:5 12:4 13:22 | 10 37:2 40:3 41:13 | 4th 4:7 15:4 42:10 |
| | weve 32:4 | 1000 37:4 | **5** |
| | wexford 2:9 6:21 7:10,13 | 101 4:23 | 515 37:24 43:6 |
| understanding 25:7,7 | whats 14:13 | 10th 36:13 | **6** |
| undetermined 35:9 | whereof 43:8 | 1221 4:6 42:10 | 6 5:4 |
| unit 14:5 16:16,21 17:3 20:2,6,14 24:13 25:21 26:15 27:4 | whichever 15:20 | 13cv00606njrdgw 2:6 | 600 4:14 41:18 42:4 |
| | width 12:23 | 14th 18:1,5 | 62259 37:5 |
| | witness 1:4 6:3,4,7 33:21 34:1,5,11 35:14,17 36:1,5,7 36:12 40:1 43:8 | 15th 4:15 41:18 42:4 | 63101 37:24 41:19 42:5 43:7 |
| united 2:1 35:10 | | 17 1:5 37:6 40:3 41:13 | 631011313 4:16 |
| upstairs 19:1 23:18 | | 17th 2:18 35:15 | 63103 4:8 42:11 |
| | wondering 11:11 11:23 | 18 36:15 | 63119 4:24 |
| **V** | wont 33:23 | 1970 6:16 | 6th 17:21 |
| v 37:7 41:5 | word 8:10 | 1st 13:13 14:6,9,12 | **7** |
| vazquez 6:14 | worked 16:5,10 | **2** | 700 43:6 |
| verbally 29:9 | workers 24:3 | 20 40:13 | 711 2:19 35:13 37:4 |
| video 37:1,23 | wouldnt 16:17 24:19 31:8 32:23 | 2011 9:2 13:11,13 14:6,9,12,18,21 15:4,8,25 16:14 16:21 17:3,21,22 18:1,5,11 | **8** |
| visit 20:25 21:7 28:9 29:7 30:2 | | | 8050 4:23 |
| visits 29:25 30:7 | wound 24:23 25:22 | | **9** |
| von 4:13 41:17 42:3 | writ 14:17 | | |
| vs 1:2 2:6 | wrong 15:22 | | |
| | wrote 10:15 11:21 12:6 13:24 | 2012 19:20,21 20:6 20:18 | |
| **W** | | 2013 28:25 29:2,6 30:2,9 | |
| waiting 22:1 | **X** | 2014 1:5 2:18 35:16 36:14 37:2,6 40:3 41:13 | |
| waive 37:10 | xray 14:9,14 17:20 | | |
| waived 2:22 3:4 36:6 | xrayed 31:22 | | |
| | xrays 32:1 | | |
| want 8:11,18 33:19 | | 2017 36:15 | |
| warren 4:12 5:4 6:12 29:20 33:13 33:22 34:3 | **Y** | 23 19:9 | |
| | years 11:23 12:2 17:11 | 2313332 4:17 | |
| | | 2416750 37:25 | |
| washington 4:14 41:18 42:4 | youre 10:16 13:24 15:12 25:6 | 24th 15:8 | |
| wasnt 14:22 15:21 20:23 21:14,20 28:20 | youve 31:12 32:4 | 28th 16:14,21 17:3 | |
| | **Z** | **3** | |
| water 22:20 | | 30 37:14 | |
| watson 4:23 | **0** | 314 4:9,17,25 37:25 | |
| way 16:15,17 | 084003760 36:21 | 3645404 4:25 | |
| week 27:8,17,21 | **1** | **4** | |
| weeks 15:1 28:5 | 1 42:7 | 4361888 4:9 | |
| welby 42:9 | | | |