Offender Information:

| | |
|---|---|
| SALCEDO-VAZQUEZ | TEODOLFO |
| Last Name | First Name | MI |

ID#: M21621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | _MD Note_ | |
| 6/10/11 3⁵⁵ PM | Pt. brought down by medical staff. C/o pain in upper back. States mass there 3-4 yrs | Pᵉ ① Zantac 150 mg po BID X 30 Days - given ② Ibuprofen 400 mg po TID X 1 card - given ③ NDSC for |
| | 4-5 inch cyst on upper back | 6/13/11 - complete PE and FU on pt care |
| | | Mahone MD |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

SALCEDO-VASQUEZ EXHIBIT A9

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000001

## Offender Outpatient Progress Notes

_MENARD_  _Cor_ _____ Center

Offender Information:

_Salcedo-Vasquez_ _Teodolfo_ _____ ID#: _M-21621_
Last Name                First Name              MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/1/11 9:30 AM Wt 165 lbs BP 166/88 P 78 R 16 T 97.8 | MD NOTES<br>S: I have a big knot at the back of my left shoulder for > 2 yrs. It has been getting large in size. Very painful to ~~touch Mi~~<br>O: Mass is tender, Firm/tense cystic mass. minimally mobile - may be attached to scapula muscle. 12cm by 10cm in diameter painful upon motion of left shoulder. No Palpable left Supra clavicule lymph nodes.<br>A: Large Cyst Nodular Painful mass Left Scapula region | C Xray, Xray Left Shoulder & Scapular region CBC<br>Schedule for Ultrasound of Left Scapular region<br>Motrin 200mg ii po tid prn for pain<br>F/U 10 days 7/11/11<br>S. NWAOBASI, MD |

SALCEDO-VASQUEZ EXHIBIT A12

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000002

University **of** Illinois
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612

Frederick Behm, M.D., Director

Menard Correctional Center
711 Kaskaskia Street
PO Box 711
Menard, IL 62259

| UNIT:NWAOBAS | | FASTING: N | | | | | |
|---|---|---|---|---|---|---|---|
| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | | DESTINATION |
| SALCEDO VAZQUEZ, TEODOLFO M21621 | | A208-216210 | 08/01/1970 | M | Final | | D208 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | PAGE |
| FAHIM, MAGID | | 07/01/2011 09:44 | 07/01/2011 23:00 | | 07/04/2011 7:04 | | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | | |
| A208.10468 | | | | | | | |

COMMENTS:

| | Result | | | |
|---|---|---|---|---|
| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
| BLOOD COUNT | | | | |
| WBC | 6.9 | | K/UL | 3.9-12.0 |
| RBC | 5.14 | | M/UL | 4.00-6.10 |
| HGB | 16.5 | | GM/DL | 13.2-18.0 |
| HCT | 50.0 | | % | 38.0-55.0 |
| MCV | 97.4 | | FL | 80.0-99.0 |
| MCH | 32.2 | | PG | 26.0-35.0 |
| MCHC | 33.0 | | GM/DL | 32.0-37.0 |
| RDW | 13.7 | | % | 11.6-15.0 |
| PLT | 232 | | K/UL | 150-450 |
| MPV | 10.7 | | FL | 6.5-11.0 |
| DIFFERENTIAL | | | | |
| % NEUTROPHIL | 58.4 | | % | 35.0-75.0 |
| % LYMPHOCYTE | 35.9 | | % | 19.0-56.0 |
| % MONOCYTE | 4.7 | | % | 2.0-12.0 |
| % EOSINOPHIL | 0.5 | | % | 0.0-6.0 |
| % BASOPHIL | 0.5 | | % | 0.0-2.0 |
| NEUTROPHIL | 4.0 | | K/UL | 1.3-7.5 |
| LYMPHOCYTE | 2.5 | | K/UL | 1.3-4.2 |
| MONOCYTE | 0.3 | | K/UL | 0.2-1.0 |
| EOSINOPHIL | 0.0 | | K/UL | 0.0-0.5 |
| BASOPHIL | 0.0 | | K/UL | 0.0-0.15 |
| METHOD | AUTOMATED DIFF | | | |

End of Report

SALCEDO VAZQUEZ, TEODOLFO M21621     07/04/2011 07:03

M.D. REVIEW
DATE
DOCTOR
PULL CHART
SEE PATIENT                    COPE/HIV
FILE

D208

SALCEDO-VASQUEZ EXHIBIT A142

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000003

_____ Center

| Offender Information: | | |
|---|---|---|
| Salcedo Vazquez Last Name | Teodolfo First Name | MI | ID#: M21621 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/4/11 1:15 | NP Note S: Scheduled for cyst ® shoulder O: A&O×3; NAD; ® shoulder c̄ large soft nodule; very tender to touch; ultrasound ordered by MD 7/1/11 on 7/25 ultrasound ∅ done 1/m on court writ needs ultrasound for further evaluation. A: Large nodule ® shoulder area | ® Motrin 800mg 1tab BID #30 - will notify radiology 1/m back from court writ J. Cross CA K. Cross CA |

SALCEDO-VASQUEZ EXHIBIT A18

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000004

Menard Correctional Center

Offender Information:

Salcedo-Vasquez, Teodolfo   ID#: M21621
Last Name          First Name   MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/24/11 | md's Note | Will confer |
| 12:50 | S- "Lump on left | c Dr |
| PM | shoulder" x ? 2 year | Larson |
| 163 | c pain (?) site / node or numbness | regarding |
| lbs. | O- FW, FW of left bicps | pt. |
| 138/84 | 4 inches x 3 inches | (Signs) |
| 72 | mass (L) regular | |
| 14 | area, firm, immobile | FE FUENTES M.D. |
| 98.6 | A- Tumor, possibly | c Mtce |
| | lipoma c pain | 8/24/11 / 05 |
| | (L) site / node c | PM |
| | numbness (L) | |
| | finger — attached to | |
| | muscle ?? / Dr | |

**Offender Outpatient Progress Notes**

Menard _____ Center

Offender Information:

Salcedo - Vasquez _____ ID#: M 21624

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/27/11 8pm | RN Note: S) "this bump on my left shoulder is getting bigger and hurts." O) b/p 132/76 Ap 76 HB +978 Skin w/D , tender to touch. Large nodule noted w/④ shoulder. a) alt comfort | P) Refer to MD line on 9/28/11. RXR |
| 9/28/11 1245 120/76 72 90 | NP Note S: scheduled for pain in ① shoulder from tumor. Pt has had mass x2 years. Pt getting bigger shooting pain up into his head & hand. leg going numb. O: HENT; NAD; xray conducted | P: Neurontin 300mg PO BID DOT Indomethacin 25mg TID PRN Take c food Alcatab #188 given recheck in 1 mth |
| Translation done by A. Scott RN | | |

SALCEDO-VASQUEZ EXHIBIT A22

**Offender Information:**

Salcedo-Vazquez          Teodotro          ID#: M21421
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | NP note (cont) | 3. F/U PRN |
| | o and outside facility who comes | |
| | in to do ultrasound already notified | |
| | Kg soft, tender mass noted to L | |
| | scapular area, ↓ ROM ↓ strength | |
| | w/grips L UE. | |
| | A: L scapular mass | A. Russ CN |
| | | T. Cruss CN |
| | | |
| 10·6·11 | xray note: | D. Medford RN (R) |
| 1145" | L shoulder u/s done. | |

# SPRINGFIELD RADIOLOGISTS, S.C.
### 319 EAST MADISON, SUITE 2E
### SPRINGFIELD, IL 62701

**PHONE: 217-544-2149 Ext 100**                    **FAX: 217-544-9553**

*Vazquez*

| | |
|---|---|
| **Patient:** | SALCEDO, TEODOLFO |
| **DOB:** | |
| **Patient #:** | M21621 |
| **Facility:** | MENARD |
| **Referring Dr.** | SHEPHERD, |
| **Exam Date:** | 10/6/2011 |

## ULTRASOUND LEFT SCAPULA:

A palpable lesion in the region of the left scapula was examined with ultrasound. According to clinical history the abnormality has been present for two years. Lesion is shown to be solid on ultrasound. The etiology cannot be determined based upon the ultrasound examination. Further evaluation may be helpful to determine if the lesion is composed of fat or soft tissue.

**IMPRESSION:** . Palpable lesion shown to be solid on ultrasound. Further evaluation would be necessary to determine the etiology of this finding.

 Jeffrey Agee, MD

SALCEDO-VASQUEZ EXHIBIT A143

## Offender Outpatient Progress Notes

_Menard Correctional_ Center

Offender Information:

Salcedo-Vazquez          Teodolfo          ID#: M21621
Last Name                First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10/13/11 11³⁰ pm | (cont) Cyst/ Mass to left shoulder. Chronic condition, but I'm c/o severe pain. Requesting to see MD. A: Alteration in Comfort | Kimpertiens |
| | | |
| 10/14/11 12.35 pm BP 160/110 P T 98°F | M.D NOTES S: A large Left Scapular mass with significant tenderness & pain O: Mass Left Scapular region measure 13 cm by 11 cm. Extremely tender with ↓↓↓ motion Left Upper limb. Ultrasound unable to determine etiology of mass A: Severe painful Solid mass Left Scapular region | Recommend excision/ Biopsy of the Scapular mass to determine nature of mass. Ultram 50mg 1x tid x 10 days f/u 2 weeks |

S. NWAOBASI, MD

Offender Name: SALCEDO-VAZQUEZ Teodolfo  Number: N21621

Housing Unit: EAST 505

| | | |
|---|---|---|
| ☒ New Order | ☐ Change | |
| ☐ Renewal | ☐ Cancel | |

| | | |
|---|---|---|
| ☐ Low Bunk | ☐ Slow Walk | ☐ Hearing Aid |
| ☐ Low Gallery (A/B) | ☐ Double Cuff | ☒ Front Cuff |
| ☐ Medical Lay-In | ☐ Feed-In Cell | ☐ No Yard |
| ☐ Shower on Gallery | ☐ C-Pap Machine | ☐ Heel Cup Size:___ |
| ☐ Knee Sleeve/Brace Size:___ | ☐ Scrotal Support Size:___ | ☐ TED hose Size:___ |
| ☐ Neck Collar Size:___ | ☐ Mouthguard/ Cup | ☐ No Work on camp W |
| ☐ Other: | | |

Start Date: Oct 14th 2011     Expiration Date: Oct 14TH 2012

Authorized By:
MD _____  Date: 10/14/11
      NWAOBASI, MD

I understand that if this permit is found altered; a disciplinary report will be written with termination of this permit. I also understand that it is my responsibility to maintain this permit in good condition and to produce to proper authority when requested.

Offender Signature: _____  added to memo 10/10/11 for cuffing W

Distribution:   White Copy:   Medical Records/OTS:
                                    ☐ Placement
                                    ☑ Cell House Sgt.
                                    ☑ DON Secretary
                Yellow Copy:   Offender

MEN 0021 (Eff. 12/2010)
(Replaces DCA 2007 and DCA 16435)

"Printed on Recycled Paper"

SALCEDO-VASQUEZ EXHIBIT A155



# PATHOLOGY DEPARTMENT
## MEMORIAL HOSPITAL of CARBONDALE

405 W. Jackson

Carbondale, Illinois 62902

CLIA ID#: 14D0436426

Southern Illinois Pathology Group

| | | | |
|---|---|---|---|
| PATIENT NAME: | SALCEDO VAZQUEZ,TEODOLFO | ACCOUNT #: | M88013129700 |
| MEDICAL REC #: | MH00380391 | LOC/RM/BED | MAIMG/ |
| ORDERING MD: | SHEPHERD,JOHN R MD | SEX | M |
| PATH CASE #: | MS11-5208 | DOB/AGE | 08/01/1970 (41) |
| COLL DATE/TIME: | 11/22/11 1315 | RCV DATE/TIME | 11/22/11 1330 |
| COPY TO: | BRUMITT,TOM B DO | | |

## PREOPERATIVE DIAGNOSIS:

Left Scapular Solid Mass

## POSTOPERATIVE DIAGNOSIS:

Soft Tissue Mass Posterior to Left Scapula,Appears Like Lipoma

## SPECIMEN(S):

A. Mass - Left Scapular Mass

## MACROSCOPIC DESCRIPTION

The specimen is received in a formalin container labeled "Salcedo, Vazquez, left scapular mass". It consists of multiple core biopsy fragments measuring 1 x 0.2 x 0.2 cm. It is totally submitted in one cassette.

## MICROSCOPIC DESCRIPTION

Section shows fragment of benign fibroadipose tissue with striated muscle and blood clot.

Page 1 of 2

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000011

MEMORIAL HOSPITAL of CARBONDALE
PATHOLOGY REPORT - continued

PATIENT: SALCEDO VAZQUEZ, TEODOLFO          PATH # MS11-5208

## FINAL DIAGNOSIS

Left scapular mass:  Benign fibroadipose tissue with striated muscle and blood clot.

*** This Document Electronically Signed Out By: ***
MOSES O ADEYANJU MD
Date Finaled: 11/23/11

Page 2 of 2

M380391 88013129700 SALCEDO VAZQUEZ, TEODOLFO
Pathology Report  -  Page 2/2          Job 12859 (12/14/2011 09:23) -  Page 5  Doc# 3
SALCEDO-VASQUEZ EXHIBIT A138

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000012

M21621



**University of Illinois Medical Center**
at Chicago

Department of Pathology m/c 847
1740 W. Taylor St
Chicago, IL 60612
Ph: 312-996-3886  Fax: 312-413-1346

| | | |
|---|---|---|
| MRN: 80841983 | | Collected: 5/17/2012 |
| Name: SALCEDO-VAZQUEZ, TEODOLFO | | Received: 5/18/2012 |
| M21621 | **Specimen #:** | Printed: 5/22/2012 |
| DOB: 8/1/1970   Sex: MALE | **SO-12-0005897** | Ordering MD: Nwaokocha MD Referring. |
| FinNumber: 74715392-9517 | | Emmanuel |
| Facility: Menard Correctional Center | | |
| Location: Menard Correctional Center | | |

# Surgical Pathology Report

## Final Diagnosis

SUBCUTANEOUS TISSUE, LEFT SCAPULA; EXCISION (T-03000 P-1100):
-- Mature lobulated adipose tissue, consistent with lipoma
(214 T-03000 M-88500 88304)

Completed By: Elizabeth Wiley, MD
(Electronically Signed) 05/21/12
EW/SD

## Clinical Information

Specimen(s): Large Lipoma Mass Left Scapular Region

Clinical diagnosis: Large lipoma mass, left scapular region

Operation: Biopsy, Excision

Clinical history: A large painful growing slightly mobile mass of left scapular region approximately 11 cm x 8.5 cm in diameter

## Gross Description

The specimen, received in formalin labeled with the patient's name and designated on the container as "left scapular region," is an irregular fragment of yellow, lobulated, adipose tissue partially covered by tan, membranous tissue measuring 10.9 x 7.5 x 4.5 cm. The specimen is sectioned to reveal a yellow, homogeneous cut surface. Representative tissue is submitted in cassettes A1 and A2.

BR/ELW/SW
Surgical Pathology Fellow:
Daniel Massi, MD

DM/SW

## Microscopic

All sections are examined. Histologic findings are summarized in *Final Diagnosis*.

M.D. REVIEW
DATE  5/22/12
DOCTOR
PULL CHART
SEE PATIENT                CC/PE/HIV
FILE

YU 5/30/10

Name: SALCEDO-VAZQUEZ, TEODOLFO M21621     MRN: 80841983                Page 1 of 2

SALCEDO-VASQUEZ EXHIBIT A146

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MENARD C Center

Offender Information:

Salcedo-Vazquez Teodolfo ID#: N21621
Last Name                        First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/11 | MD NOTES | |
| 8:20 Am | S: Had punch biopsy of the mass | Ultram 50mg po |
| | Left Scapular area. | ~~TID~~ BID × 2 mth/DOT |
| | O: Puncture wound is dry. | Discharge today |
| | Mass remains tender. | F/u 3 weeks |
| | A Mass left Scapular region | |
| | | S NWAOBASI, MD |
| | | noted south RN 11-23-11 830A |
| 11/23/11 | RN Note | |
| 830 A | S- Talks c Dr NWaobasi | P- Discharge |
| T 98.0 | about pain meds. | to F/u in 3 wk |
| | O-Dressing removed to L↑ | for results |
| 138/94 | back & drainage. TAO oint | Ultram DOT |
| | + bandaid applied. Orders | for pain |
| R 20 | received for D/c — | controle |
| P 80 | A.Mass left Scapula S/P | |
| | biopsy -- Discharge @ 850A | Jana [signature] RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

(Replaces DC 7147)

SALCEDO-VASQUEZ EXHIBIT A32

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Center

Offender Information:

Last Name: Salcedo-Vasqez   First Name: _____ MI: ___   ID#: 142164

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/14/11 0846 | MD Note | |
| | S- _____ for ② PC capsules | Zantac 150 mg |
| Wt 167 lbs | was _____ _____ | ↑ PO BID X |
| T 96.7° | having cold ?s | — _____ cup |
| P 80 | w/ pain ned _____ | lower back X per ? SS? |
| R 18 | _____ difficulty _____ | 1 year |
| BP 133/80 | _____ _____ — w/ _____ | — Tylenol ES 500mg |
| | ② legs _____ _____ | BID prn X 30 tab |
| | w/ ② _____ _____ | for breakthrough |
| | _____ _____ : | pain |
| | abs. _____ | — _____ / mos |
| | | |
| | A _____ | Shepherd |
| | ② _____ _____ — MO _____ | _____ |
| | | _____ CNP |
| | _____ : _____ | 12/13/11 @ 5:54 a.m |
| | _____ _____ _____ _____ | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 0084)

SALCEDO-VASQUEZ EXHIBIT A33

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

Offender Information:

Salcedo-Vasquez    Leodolfo    MI    ID#: 1421621
Last Name          First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|----------------------------------|-------|
| 1/11/12 850 | *Ear ...* S - Scheduled ... F.U. 12/14  O - On institut...  A - Security di... ... | P) possible . |
| 1/13/12 215 p | MO Note  S - Needs renewal of _pennies_. _Having_ _pass especially as require_  O - _Lg solid response ~ L S regular am_  A _Lg Response @ responses_  Note: _Per Utilization (collzpol)_ _recommend pass out & Fu_ _3 mos require of recovery_. | P Continue  _Ultram to admin_  d) Tylenol #3  Neurontin 300 mg BID (DOT) X 3 mos  Ultram 50 mg BID (DOT) X 3 mos  Tylenol #3 500 mg BID-TID prn X 3 mos for break through _pain_ |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)
Printed by the ...

SALCEDO VASQUEZ EXHIBIT A35

**Offender Outpatient Progress Notes**

_____ CC _____ Center

Offender Information:

Salcedo Vasquez Leodalfo    ID#: M31624
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/18/12 | MD Note | Pizotec 100 mg BIDX 8 wks |
| 0930 | S - F/u for measurement of | Ultram 50 mg BID |
| 160# | ① shoulder ___ | prn DOT X 3 mos |
| 72 | O. 13 cm X 10 cm/1 cm | Neurontin 300 mg BID |
| 132/80 | ___ with pain | (DOT) X 3 mos |
| 97 | A ___ ① shoulder | Tylenol ES 500 mg |
| 18 | ~ same size | ī PO BID - TID |
|  |  | prn for breakthrough |
|  |  | pain X 3 mos |
|  |  | Recheck 1 mos |
|  |  | for measurement of |
|  |  | ___ tightness |
|  |  | ___ (signature) |
|  |  | Noted ___ |
|  |  | 4/18/12 |
|  |  | 950 AM |

Distribution: Offender's Medical Record        Printed on Recycled Paper

SALCEDO-VASQUEZ EXHIBIT A42

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000017

## Offender Outpatient Progress Notes

MENARD C. Center

Offender Information:

SALCEDO-VAZQUEZ    TEODOLFO    MI    ID#: M21621
Last Name    First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/16/12 | MD NOTES | for Excusn Bropsy |
| 9.45 A/m | S: The mass Left Scapula | under Local anaesthrsa |
| T 97.8 | refsin remain tense & tender | |
| P 72 | O. Soft tense large mass. | 5/21/12 |
| R 16 | minimally mobile Measures 13 by 11 cm in diameter | SM |
| B/P 134/78 | A Possible Large Lipoma Mass of Left Scapula . refsin | S. NWAOBASI, MD [signature] noted [signature] Branci 5-16-12 approx 10.00 pm |
| 5/17/12 | MD NOTES | Admn 3rd Floor |
| 9.45 A/m | S: Painful enlargis mass g left Scapular refsin | on 23° OBS |
| | OP NOTES | Tylenol #3 T ĪĪ tabs x 1 dose st then Tylenol #3 ī po Q 6-8 Hrs prn x 5 days |
| | Pre-op. Large painful Lipoma mass Left Scapula refsin | |
| | Post-op same | |
| | 8pm: Excusn Brbpsy of large Lipoma Mass 11 cm by 8.5cm Left Scapular refsin; Primary wound repair with ¼" Penrose dran | S. NWAOBASI, MD [signature] |
| | Diagn: SAM Anaerobia aca Anaesthersi: Local with 2% Xylocap pt tolerated procedure well. | |

SALCEDO-VASQUEZ EXHIBIT A44

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000018

Menard _____ Center

Offender Information:

Salcedo-Vasquez Teodolfo _____ MI ____ ID#: M21621
Last Name          First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/18/12 | RN Note | P) Continue |
| 3:20 AM | S) Ø | 23° Obs |
| B/P 115/80 | O) I/m aroused for breakfast | |
| P 72 | Reinforced bandage to ① | |
| R 12 | Shoulder & retaped. A/O x 3, | |
| T 97⁸ | Cooperative. NAD noted | |
| | RR even & non-labored | |
| | Pain medication given | B. Winters RN |
| | A) 23° Obs | |
| | | Discharge today |
| 5/18/12 | MD NOTES | ₿ Removal of Penrose |
| 8:00 A/m | S. No complaints | drain |
| | O. Left Scapular wound is clear | Dressing changed today |
| | and dry. No significant serous | |
| | drainage noted. Penrose drain | flu on Monday |
| | removed | 5/21/12 |
| | A. Satisfactory post excision wound | |
| | wound Left Scapular region | S NWACHASI MD |

DOC 0084 (Eff. 9/2)
(Replaces DC 7147)

Distribution: Offender's Medical Record

Printed on Recycled Paper

SALCEDO-VASQUEZ EXHIBIT A46

## Offender Outpatient Progress Notes

MENARD _____ Center

Offender Information:

Salcedo-Vasquez     Teodolfo     MI     ID#: M 21624
Last Name            First Name

| Date/Time | RN Note    Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/22/12 10a | S: Neg △ | R. Shaw MD used tomorrow |
| | O: Sutures to LL scapula incision. Slt. Edema noted to palpation. Redness an drainage | effort thru |
| | A: Dres △ | |
| | | Unde Local Anaesthesia |
| 5/23/12 10·20 AM | MD NOTES | - Aspiration of Serous Left Scapula refic |
| | Presents with post-op Serous of wound left Scapular refic | ~ About 85 mls of Seroranguin serous evacuated. Pressure dressing applied |
| deferred | Also C/o Stomach upset | |
| | O/E Post-op Serous of wound left Scapular refic | Mintox Chewable tabs 200 mg po tid and at bed time X 3 weeks |
| | | Change Pressure dressing every f/u 2 wks for possible removal of stitches |

DOC 0084 (Eff. 9/2) (Replaces DC 7147)

Distribution: Offender's Medical Record          Printed on Recycled Paper

S. NWAOBASI, MD

noted 5/23/12 1250

SALCEDO-VASQUEZ EXHIBIT A48

Menard Corr _____ Center

Offender Information:

Salcedo-Vasquez Teodolfo _____ ID#: M21607
Last Name          First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/29/12 2:05 P.M. | MD's Notes<br>S- Referred due to accumulating fluid in site of lipoma excision, (L) scapular area<br>O- Asthenic<br>flectment +3 site of excision of lipoma, (L) scapular area intact suture.<br>N.B. Aspirated ±5 cc. of blood<br>Pressure dressing applied. 1 suture removed<br>A- S/P Excision of lipoma (L) scapular area c̄ ±5 cc. drainage | Refer to D. Awabni f 5/31/12 [illegible]<br><br>Noted T. Oakley C [illegible] |

**Offender Outpatient Progress Notes**

*Menard Cor* Center

Offender Information:

*Salcedo-Vasquez*
Last Name | First Name | MI    ID#: *M21621*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 06/01/12 2:00pm | M.D    NOTES | |
| | S: Pain Left Shoulder region | - Removal of alternate stitches |
| | O: Post excision wound of | |
| | Left Scapular region with | - Aspiration of 18 mb |
| | residual serous g wound | of serous from |
| | Pain ++; Incision wound is | Left Scapular wound |
| | Clean | Pressure Dressing re-applied |
| | A: Post Excision Soft Tissue | |
| | mass Left Scapular region | F/U  2 weeks |
| | | *[signature]* MD |
| | | noted 6/1/12 |
| | | *[signature]* |
| | 6/4/18 Rnote | P. Call Ben |
| | 2a. S: Scheduled dr3 D | 6/5/18 |
| | O- level one - NO show | |
| | A. Not clan | |
| | | *[signature]* |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 3/2002)
(Replaces DC 7147)

SALCEDO-VASQUEZ EXHIBIT A52

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000022

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_Menard_ Center

Offender Information:

_Salcedo Vazquez_    _Teodolfo_    ID#: _M-216 21_
Last Name            First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 6/8/12 10:05 Am | M.D NOTES  Post excision Seroma of Left Scapula refus evacuated and pressure dressing applied. All wound stitches removed | Tylenol 325 mg ii given p.o Q 8hr prn for pain x 10 days  Hydrocortisone 1% apply to affects area  Change dressing on alternate days.  F/u per md in 2 wks  S. NWAOBASI, MD  6/8/12 |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

SALCEDO-VASQUEZ EXHIBIT A55

Menard Card _____ Center

Offender Information:

| Salcedo-Perez | Teodolfo | MI | ID#: M21624 |
|---|---|---|---|
| Last Name | First Name | | |

| Date/Time | RN note          Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/18/12 | S: Kras Δ. | P. CPn |
| 11:30Am | O: Scant and bloody drainage removed | |
| | from Lt scapular surgical site | |
| | ⊕ S/S infection. Cleaned c̄ | |
| | betadine. Sterile wash replaced | |
| | Lt DSD- pressure applied. | |
| | | Brent RN |
| | A: Kras Δ | |
| | | |
| 6/20/12 | MD NOTES | |
| 10:20Apm | S: Came for f/u of visit g | Dressing change |
| WT 171.2lb | 6/8/12 | every 3rd day Loft |
| BP 138/84 | | Scapular wound |
| P 64 | O: The left scapular wound | F/u 1 month ✓ |
| R 14 | continues to heal. Minimal to | |
| T 97.6° | no drainage noted. | |
| | Post op tenderness + | |
| | A Healing Excision wound Loft | S. NVIACGAEI, MD |
| | Scapula region | |
| | | 6-20-12 |
| | | 11A |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7140)

SALCEDO-VASQUEZ EXHIBIT A58

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000024

NSAIDS

**Offender Information:**

| Salcedo-Vazquez | Teodolfo | | ID#: M21621 |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/4/12 12:00m vof 166846 BP 147/80 P 92 R 16 T 98.8 | MD NOTES S: Came because of left shoulder pain O: Pt has an excision of large lipoma mass of left scapula region Wound has healed Satisfactory Pt continues to complain of pain left shoulder join A: Post - Excision mass left Scapula region | ← Tylenil 325mg ⅱ po tid x 1 week ~~Motrin 400mg po~~ ~~ⅰ—ⅱ with meal~~ x 1 week Robaxin 500mg po B.D x 2 mnth ✓ F/U 3 mnths S. NWAOBASI, MD |

noted 8/4/12 1280
(Macular)

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002 ·
(Replaces DC 7147)

SALCEDO-VASQUEZ EXHIBIT A62

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000025

Offender Information:

Salcedo-Vazquez Teodolfo    ID#: M21621
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/24/12 | NP note | P. Neurentin |
| 1245p | S. scheduled for c/o shoulder | 300 mg po 3tts |
|  | pain (L). s/r pain/tingling | DOT x 3mos |
| 145/100 | (L) shoulder area since cyst | Tylenol 325 |
| 97° | removed in May. s/r some time | 1-2 tabs Bid |
| 78 | tender to touch. ∅ drainage | prn # 12 gym |
| 18 | O. Gen. NAD, A&Ox3 | Rev 1 month |
|  | (L) shoulder c̄ FROM | |
|  | healed scar noted to | |
|  | scapula ∅ evidence of | |
|  | debris drainage noted. | |
|  | A. (L) shoulder pain | B. Pollion C.N.P. |
|  | | Noted |
|  | | L. Cady N |
|  | | 9/24/11 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Corr _____ Center

| Offender Information: |
|---|
| Salcedo-Vazquez    Teodolfo      MI ___   ID#: M21621 |
| Last Name          First Name |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/17/12 | MD Note | |
| 0930 an | S- _pain or weaker with_ | P. Motrin 400 g |
|  | _sharp, burning radiates_ | BID prn x |
| 120# | _to hand/hand._ | _ford X 2 mo_ |
| 130/78 | O. _Shoulder - Healed_ ⓛ | - _first cuff_ |
| 62 | _popular surgical site_ | _full_ |
| 14 | _⊘ swelling, tender_ | - _2 level_ |
| 97.8 | _position to mid_ | _strong r_ |
|  | _first ROM_ ⓛ _upper ext._ | _first cuff_ |
|  | Neuro ⊘ gross _motor/sensory deficits_ | _for 2 mos._ |
|  | A. S/P _bypass repair_ ⓛ | _radial_ ⓛ |
|  | _pospeum_ | _shoulder surgery site_ |
|  | Neuropathy /residuals of _ste_ | |
|  | | _(signature)_ |
|  | | noted |
|  | | _(signature)_ |
|  | | 10/17/12 |
|  | | 945A |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

SALCEDO-VASQUEZ EXHIBIT A66

MOTION FOR SUMMARY JUDGMENT EXHIBIT 2 PAGE 000027

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Salcedo-Vasquez     Teodolfo                    ID#: M Z16Z1
Last Name              First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **Flu Vaccine**<br>Date 11/8/12  Time 8:30A<br>Lot 205201  DC Date 9/13<br>Site (L) deltoid<br>Allergies To Eggs No<br>Signature ~~Q~~ | |
| 11/14/12<br>9:35 A/m<br>T 97.2<br>P 72<br>R 12<br>B/P 140/90<br>Wt 170 | MD NOTES<br>S: Here for flu g visit of<br>8/4/12<br>O: Post excision mass of Left<br>Scapula region.<br>Wound has healed satisfacty<br>No swelling or erythema<br>A  Healed Excision wound<br>left scapula region | Tylenol 325mg II po<br>daily prn x 2 month<br>Motrin 400mg i<br>po daily prn<br>x 6 month<br>F/u 9 months<br><br>S. NWADIBASI, MD<br>Noted<br>11-14-12<br>9:45 Am |

SALCEDO-VASQUEZ EXHIBIT A69

# Medication Administered Record

_____ Center

Allergic to: _____

Code: A = Absent  R = Refused  X = Discontinued  W = Writ

| Month | Year | Medication Name, Dose & Frequency | Hrs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Ultram 50mg Po BID | 5A / 8P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Neurontin 300mg Po BID | 5A / 8P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Tylenol #3 PO BID | 5A / 8P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Offender Information:**

Salcedo-Vasquez (Last Name)   Geobaldo (First Name)   _____ MI   ID#: M21621

Print Name and Initial: _____

Signature: _____

Printed on Recycled Paper

Distribution: Offender's Medical Record

DOC 0084   9/(2002)