STATE OF ILLINOIS     )
                      ) SS
COUNTY OF _____    )

## AFFIDAVIT OF CUSTODIAN OF GRIEVANCE RECORDS

Before me, the undersigned Notary Public, personally appeared _____,
who, being by me duly sworn, deposed as follows:

My name is Misti L. Price (Custodian of Records), I am of sound mind, capable of making this affidavit, and personally acquainted with the following facts:

I am a custodian of the records of Menard Correctional Center, hereinafter "this facility". Attached to this affidavit are __3__ pages of records from this facility regarding **Teodolfo Salcedo-Vazquez, #M21621**. These __3__ pages of records are kept by this facility in the regular course of business, and it was the regular course of business of this facility for an employee or representative of this facility to make a record of or to transmit information thereof to be included in such record; and the record was made at or near the time of the act or event. The records attached hereto are the original or exact duplicates of the original.

_____
Affiant

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed my official seal this 20th day of September, 2013.

_____
Notary Public

My Commission Expires: 09/07/2015

> Official Seal
> Cynthia L Gimber
> Notary Public State of Illinois
> My Commission Expires 09/07/2015

4477475.1

EXHIBIT D 4



**Illinois
Department of
Corrections**

PAT QUINN
Governor

S.A. GODINEZ
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

May 7, 2013

Teldofo Salcedo-Vazquez
Register No. M21621
Menard Correctional Center

RECEIVED

JUN -4 2013

Warden's Office, Menard CC

Dear Mr. Salcedo-Vazquez:

This is in response to your grievance received on April 19, 2013, regarding Medical (treatment-biopsy-5/17/12), which was alleged to have occurred at Menard Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance Officer's Report (16213) and subsequent recommendation dated March 27, 2013 and approval by the Chief Administrative Officer on April 3, 2013 have been reviewed.

Tumor was removed on 5/17/12. Grievant was taken to the infirmary for 23 hour observation. If grievant has medical concerns, he must put in a request to see the MD.

Based on a review of all available information, it is the opinion of this office that the grievance be resolved as medical treatment has been afforded to the Offender.

FOR THE BOARD: _____
Jackie Miller
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
S.A. Godinez
Director
TA 5/22/13

cc: Warden Harrington, Menard Correctional Center
Teldofo Salcedo-Vazquez, Register No. M21621

EXHIBIT D 5

ILLINOIS DEPARTMENT OF CORRECTIONS
# RESPONSE TO OFFENDER'S GRIEVANCE

## Grievance Officer's Report

**Date Received:** February 4, 2013  **Date of Review:** March 27, 2013  **Grievance #** (optional) 16-2-13

**Offender:** Salcedo Vasquez  **ID#:** M21621

**Nature of Grievance:** Medical - Tumor

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender grieves he has a tumor on his back and needs medical attention. States he saw the doctor 2 weeks ago and he did nothing. The pill the doctor put him on hurts his stomach and the tumor is getting bigger and hurts his neck and back. Grievant wants to see the doctor.

Counselor received 5-10-12 and referred to the Health Care Unit noting see attached response from HCU.

Grievant did not return the Health Care Unit reply with his grievance.

Since the Health Care Unit response was not included when this grievance was received by the Grievance Office Medical Records was contacted and confirmed that grievant was seen on 5/15/12 regarding a tumor and an increase in size, was then seen by the med tech and referred to MD. On 5/16/12 was seen by MD who scheduled excision biopsy of the left to be done on 5/17/12. Following excision (on 5-17-12) of 11 cm by 8.5 cm taken to the infirmary for 23 hour observation.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED. Inmate is receiving medical treatment as determined by medical professionals. The tumor was excised on 5-17-12.

Lori Oakley
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, Including counselor's response if applicable)

## Chief Administrative Officer's Response

**Date Received:** April 3, 2013   ☒ I concur   ☐ I do not concur   ☐ Remand

**Comments:**

Chief Administrative Officer's Signature          4-3-13   Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature          ID#          Date

Date: May 9-12
Offender: (Please Print) Teodolfo Salcedo Vazquez
ID#: M-21621
Present Facility: Menard
Facility where grievance issue occurred: Menard E505

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify):

- [ ] Disciplinary Report: ___/___/___
  Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I have a Tumor on my Left Side of my upper Back and I need medical attention. I talk to the Doctor Two weeks ago. And he do nothing. the pill he put me on is Hurting my stomacH. I need Medical attention tumor is getting Bigger and Bigger please could someone "help me." The tumor is hurten my neck and my Back also. The Doctor is not doing anything about it.

**Relief Requested:** I need to see the Doctor, to get tumor Removed that's what am asking fore please.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Teodolfo Salcedo Vazquez        M-21621     5/9/12
Offender's Signature            ID#         Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 5/10/12
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, Springfield.

Response: See attached response from HCU.

Payne                   Payne              1/28/13
Print Counselor's Name  Counselor's Signature  Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____      ___/___/___
Chief Administrative Officer's Signature    Date